UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZINO DAVIDOFF SA,<br><br>        Plaintiff,<br><br>  v.<br><br>CVS CORPORATION,<br><br>        Defendant. | 06 Civ. 15332 (KMK) |

## DECLARATION OF JIM DUGGAN

I, Jim Duggan, hereby declare as follows:

1. I am Vice President of Risk Management, Security and Corporate Services at Coty Inc., 2 Park Avenue, New York, New York 10016. My duties include purchasing products that are suspected of infringing trademark, trade dress and copyrights.

2. I have been trained to authenticate DAVIDOFF COOL WATER Products and am familiar with the characteristics that differentiate genuine products authorized for sale in the United States from counterfeit products and decoded gray market products.

3. "Gray market products" refers to goods that are legitimately sold abroad under a particular trademark and then imported into the United States and sold in competition with goods of the owner of the United States trademark rights in the identical mark. We use the phrase "decoded gray market products" to refer to DAVIDOFF COOL WATER Products from which the unique production code has been removed or is covered over. In my experience it is standard practice for the people and businesses seeking to sell gray market products to remove the unique production codes.

4. I participated in the initial inspection of DAVIDOFF COOL WATER Products at

two CVS Corporation warehouses, Woonsocket, Rhode Island and Lumberton, New Jersey. Based upon my investigation I can confirm that the document attached hereto as <u>Exhibit A</u> and entitled SUMMARY OF INVENTORY REVIEW is an accurate description of what I found during my initial inspection of products at the above locations.

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: February 2, 2007

                                                              Jim Duggan

# Exhibit A

# ZINO DAVIDOFF SA V. CVS CORPORATION

# SUMMARY

### TOTAL NUMBER OF COUNTERFEIT UNITS AT ALL LOCATIONS: 402

### TOTAL NUMBER OF DECODED GRAY MARKET UNITS AT ALL LOCATIONS: 14,325

CVS Facility: Orlando
8201 Chancellor Drive
Orlando, FL 02895

Name of Inspector: Donald R. Andersen
Date: 5th January 2007

**ZINO DAVIDOFF SA V. CVS CORPORATION**
**SUMMARY OF INVENTORY REVIEW**

**TOTAL NUMBER OF UNITS INSPECTED:** 4,004

| DESCRIPTION OF PRODUCT | TOTAL NO. OF COUNTERFEIT UNITS | BOX NOS. | TOTAL NO. OF DECODED GRAY MARKET UNITS | BOX NOS. | WAS PRODUCT SEGREGATED? |
|---|---|---|---|---|---|
| Cool Water Man 1.35oz EDT | | | 210 | | Yes |
| Cool Water Woman 1.7oz EDT | | | 284 | | Yes |
| Cool Water Man 2.5oz EDT | 11 | | 1,389 | | Yes |
| **TOTAL:** | **11** | | **1883** | | |

# ZINO DAVIDOFF SA V. CVS CORPORATION
## SUMMARY OF INVENTORY REVIEW

CVS Facility: Vero Beach
CVS DC
2572 98th Avenue
Vero Beach, FL 32966

Name of Inspector: Donald R. Andersen
Date: 5th January 2007

**TOTAL NUMBER OF UNITS INSPECTED:** __1539__

| DESCRIPTION OF PRODUCT | TOTAL NO. OF COUNTERFEIT UNITS | BOX NOS. | TOTAL NO. OF DECODED GRAY MARKET UNITS | BOX NOS. | WAS PRODUCT SEGREGATED? |
|---|---|---|---|---|---|
| Cool Water Man 1.35oz EDT | | | 147 | | Yes |
| Cool Water Woman 1.7oz EDT | | | 62 | | Yes |
| Cool Water Man EDT 2.5oz EDT | | | 711 | | Yes |
| **TOTAL:** | | | **920** | | |

ZINO DAVIDOFF SA V. CVS CORPORATION
SUMMARY OF INVENTORY REVIEW

CVS Facility: Indianapolis
Address: 7590 Empire Drive
Indianapolis, IN 46219

Name of Inspector: Kevin Peverill
Date: 5th January 2007

TOTAL NUMBER OF UNITS INSPECTED:   **5,783**

| DESCRIPTION OF PRODUCT | TOTAL NO. OF COUNTERFEIT UNITS | BOX NOS. | TOTAL NO. OF DECODED GRAY MARKET UNITS | BOX NOS | WAS PRODUCT SEGREGATED? |
|---|---|---|---|---|---|
| Cool Water Man EDT 40ml | | | 240 | IN86, IN87, IN95-IN100 | Yes |
| Cool Water Woman EDT 50ml | | | 1,752 | IN1-IN74, IN89-IN94 | Yes |
| Cool Water Man EDT 75ml | | | 3,008 | IN101, IN116-IN205 | Yes |
| TOTAL: | | | **5000** | | |

**ZINO DAVIDOFF SA V. CVS CORPORATION**
**SUMMARY OF INVENTORY REVIEW**

CVS Facility: Knoxville
Address: 3400 Huntington Park
Loudon, TN 37774

Name of Inspector: Kevin Peverill
Date: 8th January 2007

TOTAL NUMBER OF UNITS INSPECTED: **3,799**

| DESCRIPTION OF PRODUCT | TOTAL NO. OF COUNTERFEIT UNITS | BOX NOS. | TOTAL NO. OF DECODED GRAY MARKET UNITS | BOX NOS. | WAS PRODUCT SEGREGATED? |
|---|---|---|---|---|---|
| Cool Water Man EDT 40ml | | | 391 | KN53-KN60 | Yes |
| Cool Water Woman EDT 50ml | | | 614 | KN28-KN52 | Yes |
| Cool Water Man EDT 75ml | | | 1,723 | KN61-KN120 | Yes |
| TOTAL: | | | 2728 | | |

ZINO DAVIDOFF SA V. CVS CORPORATION
**SUMMARY OF INVENTORY REVIEW**

CVS Facility: Conroe
Address: 100 South Tade Center Parkway
Conroe, TX 77385

Name of Inspector: Kevin Peverill
Date: 15th January 2007

TOTAL NUMBER OF UNITS INSPECTED: __1,536__

| DESCRIPTION OF PRODUCT | TOTAL NO. OF COUNTERFEIT UNITS | BOX NOS. | TOTAL NO. OF DECODED GRAY MARKET UNITS | BOX NOS. | WAS PRODUCT SEGRATED? |
|---|---|---|---|---|---|
| Cool Water Man EDT 40ml | | | 65 | CN3, CN52 | Yes |
| Cool Water Man EDT 75ml | | | 337 | CN6-CN13 | Yes |
| TOTAL: | | | __402__ | | |

ZINO DAVIDOFF SA V. CVS CORPORATION
SUMMARY OF INVENTORY REVIEW

CVS Facility: Ennis
Address: 700 CVS Drive
Ennis, TX 75119

Name of Inspector: Kevin Peverill
Date: 16th January 2007

**TOTAL NUMBER OF UNITS INSPECTED:** 1965

| DESCRIPTION OF PRODUCT | TOTAL NO. OF COUNTERFEIT UNITS | BOX NOS. | TOTAL NO. OF DECODED GRAY MARKET UNITS | BOX NOS. | WAS PRODUCT SEGREGATED? |
|---|---|---|---|---|---|
| Cool Water Man EDT 40ml | | | 259 | EN8-EN10, EN18-EN20 | Yes |
| Cool Water Woman EDT 50ml | | | 164 | EN11-EN14, EN15-EN17 | Yes |
| Cool Water Man EDT 75ml | 16 | EN42 | 447 | EN1, EN24, EN25, EN30, EN31, EN33, EN34, EN40, EN41 | Yes |
| TOTAL: | 16 | | 870 | | |

# ZINO DAVIDOFF SA V. CVS CORPORATION
## SUMMARY OF INVENTORY REVIEW

CVS Facility: La Habra
Address: 777 South Harbor Boulevard
La Habra, CA 90631

Name of Inspector: Kevin Peverill
Date: 17th January 2006

**TOTAL NUMBER OF UNITS INSPECTED:** <u>2,711</u>

| DESCRIPTION OF PRODUCT | TOTAL NO. OF COUNTERFEIT UNITS | BOX NOS. | TOTAL NO. OF DECODED GRAY MARKET UNITS | BOX NOS. | WAS PRODUCT SEGREGATED? |
|---|---|---|---|---|---|
| Cool Water Man EDT 40ml | | | 245 | LH7, LH8, LH10, LH11, LH16 | Yes |
| Cool Water Woman EDT 50ml | | | 162 | LH1-LH6, LH61 | Yes |
| Cool Water Man EDT 75ml | | | 847 | LH26-LH33, LH35-LH37, LH39-LH41, LH58-LH60 | Yes |
| **TOTAL:** | | | **1254** | | |

ZINO DAVIDOFF SA V. CVS CORPORATION
**SUMMARY OF INVENTORY REVIEW**

CVS Facility: Woonsocket, RI
Address: 400 Founders Dr Woonsocket, RI 02895

Name of Inspector: Donald Andersen
Date: January 17th, 2007

**TOTAL NUMBER OF UNITS INSPECTED:** <u>1,906</u>

| DESCRIPTION OF PRODUCT | TOTAL NO. OF COUNTERFEIT UNITS | BOX NOS. | TOTAL NO. OF DECODED GRAY MARKET UNITS | BOX NOS. | WAS PRODUCT SEGREGATED? |
|---|---|---|---|---|---|
| Cool Water Man EDT 1.35oz | | | 75 | 45,46 | Yes |
| Cool Water Woman EDT 1.7oz | | | 162 | 47-54 | Yes |
| Cool Water Man EDT 2.5oz | 364 | 26-36 | 187 | 2,3,4,7,9,10,1 2,13,14,15,17 ,55,56 | Yes |
| **TOTAL:** | **364** | | **424** | | |

ZINO DAVIDOFF SA V. CVS CORPORATION
**SUMMARY OF INVENTORY REVIEW**

CVS Facility: Lumberton, NJ
Address: 1 Berry Dr Lumberton, NJ 08048

Name of Inspector: Donald Andersen
Date: January 18th, 2007

**TOTAL NUMBER OF UNITS INSPECTED:** <u>1332</u>

| DESCRIPTION OF PRODUCT | TOTAL NO. OF COUNTERFEIT UNITS | BOX NOS. | TOTAL NO. OF DECODED GRAY MARKET UNITS | BOX NOS. | WAS PRODUCT SEGREGATED? |
|---|---|---|---|---|---|
| Cool Water Woman EDT 1.7oz | | | 201 | 39-45 | Yes |
| Cool Water Man EDT 1.35oz | | | 48 | 23 | Yes |
| Cool Water Man EDT 2.5oz | 11 | 4 | 595 | 4,16,17,18,2 4-36 | Yes |
| **TOTAL:** | **11** | | **844** | | |