UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ZINO DAVIDOFF SA,

                    Plaintiff,

        v.                                              06 Civ. 15332 (KMK)

CVS CORPORATION,

                    Defendant.

---

## DECLARATION OF KEVIN PEVERILL

I, Kevin Peverill, hereby declare as follows:

1.      I am a private investigator employed as the Managing Director of Grants International Information & Security Services Ltd, 1 Minton Place, Victoria Road, Bicester, Oxon OX26 6QB, The United Kingdom.  My work as a private investigator includes purchasing products that are suspected of infringing legitimate manufacturers' trademarks, trade dress and copyrights.

2.      I participated in the inspection of DAVIDOFF COOL WATER Products at the following CVS Corporation warehouse locations on the following dates:

        a.   Indianapolis, Indiana, January 5, 2007;

        b.   Knoxville/Loudon, Tennessee, January 8, 2007;

        c.   Conroe, Texas, January 15, 2007;

        d.   Ennis, Texas, January 16, 2007; and

        e.   La Habra, California, January 17, 2007.

3.      I have been trained to authenticate DAVIDOFF COOL WATER Products and am familiar with the characteristics that differentiate genuine products authorized for sale in the

United States from counterfeit products and decoded gray market products.

4.     The document attached hereto as Exhibit A, entitled SUMMARY OF INVENTORY REVIEW, accurately summarizes the results of my inspection of products at the above locations.

5.     I am attaching hereto as Exhibit B true and correct copies of photographs I took of the packaging of decoded gray market products found at CVS Corporation's warehouses, which show examples of how the unique production codes were removed from the DAVIDOFF COOL WATER Products and the damage to the packaging this causes.

6.     I found a total of 16 counterfeit units and 10,254 decoded gray market units, as described more fully in the SUMMARY OF INVENTORY REVIEW.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date:  February 2, 2007

_____
Kevin Douglas Peverill

2

# Exhibit A

## ZINO DAVIDOFF SA V. CVS CORPORATION

# <u>SUMMARY</u>

## TOTAL NUMBER OF COUNTERFEIT UNITS AT ALL LOCATIONS: <u>402</u>

## TOTAL NUMBER OF DECODED GRAY MARKET UNITS AT ALL LOCATIONS: <u>14,325</u>

## ZINO DAVIDOFF SA V. CVS CORPORATION
## SUMMARY OF INVENTORY REVIEW

CVS Facility: Orlando
8201 Chancellor Drive
Orlando, FL 02895

Name of Inspector:  Donald R. Andersen
Date:  5th January 2007

**TOTAL NUMBER OF UNITS INSPECTED:**   <u>4,004</u>

| DESCRIPTION OF PRODUCT | TOTAL NO. OF COUNTERFEIT UNITS | BOX NOS. | TOTAL NO. OF DECODED/GRAY MARKET UNITS | BOX NOS. | WAS PRODUCT SEGREGATED? |
|---|---|---|---|---|---|
| Cool Water Man 1.35oz EDT | | | 210 | | Yes |
| Cool Water Woman 1.7oz EDT | | | 284 | | Yes |
| Cool Water Man 2.5oz EDT | 11 | | 1,389 | | Yes |
| **TOTAL:** | **11** | | **1883** | | |

9740272_1.XLS22/20079:23 AM

1

## ZINO DAVIDOFF SA V. CVS CORPORATION
## SUMMARY OF INVENTORY REVIEW

CVS Facility: Vero Beach
CVS DC
2572 98th Avenue
Vero Beach., FL 32966

Name of Inspector: Donald R. Andersen
Date: 5th January 2007

**TOTAL NUMBER OF UNITS INSPECTED:** __1539__

| DESCRIPTION OF PRODUCT | TOTAL NO. OF COUNTERFEIT UNITS | BOX NOS. | TOTAL NO. OF DECODED GRAY MARKET UNITS | BOX NOS. | WAS PRODUCT SEGREGATED? |
|---|---|---|---|---|---|
| Cool Water Man 1.35oz EDT | | | 147 | | Yes |
| Cool Water Woman 1.7oz EDT | | | 62 | | Yes |
| Cool Water Man EDT 2.5oz EDT | | | 711 | | Yes |
| **TOTAL:** | | | **920** | | |

9740272_1.XLS2/2/20079:23 AM

1

ZINO DAVIDOFF SA V. CVS CORPORATION
SUMMARY OF INVENTORY REVIEW

CVS Facility: Indianapolis
Address: 7590 Empire Drive
Indianapolis, IN 46219

Name of Inspector: Kevin Peverill
Date: 5th January 2007

**TOTAL NUMBER OF UNITS INSPECTED:** 5,783

| DESCRIPTION OF PRODUCT | TOTAL NO. OF COUNTERFEIT UNITS | BOX NOS. | TOTAL NO. OF DECODED GRAY MARKET UNITS | BOX NOS. | WAS PRODUCT SEGREGATED? |
|---|---|---|---|---|---|
| Cool Water Man EDT 40ml | | | 240 | IN86, IN87, IN95-IN100 | Yes |
| Cool Water Woman EDT 50ml | | | 1,752 | IN1-IN74, IN89-IN94 | Yes |
| Cool Water Man EDT 75ml | | | 3,008 | IN101, IN116-IN205 | Yes |
| **TOTAL:** | | | **5000** | | |

9740272_1.XLS2/2/20079:23 AM

1

## ZINO DAVIDOFF SA V. CVS CORPORATION
## SUMMARY OF INVENTORY REVIEW

CVS Facility: Knoxville
Address: 3400 Huntington Park
Loudon, TN 37774

Name of Inspector: Kevin Peverill
Date: 8th January 2007

**TOTAL NUMBER OF UNITS INSPECTED:** 3,799

| DESCRIPTION OF PRODUCT | TOTAL NO. OF COUNTERFEIT UNITS | BOX NOS. | TOTAL NO. OF DECODED GRAY MARKET UNITS | BOX NOS. | WAS PRODUCT SEGREGATED? |
|---|---|---|---|---|---|
| Cool Water Man EDT 40ml | | | 391 | KN53-KN60 | Yes |
| Cool Water Woman EDT 50ml | | | 614 | KN28-KN52 | Yes |
| Cool Water Man EDT 75ml | | | 1,723 | KN61-KN120 | Yes |
| **TOTAL:** | | | **2728** | | |

9740272_1.XLS2/2/20079:23 AM

1

# ZINO DAVIDOFF SA V. CVS CORPORATION
## SUMMARY OF INVENTORY REVIEW

CVS Facility: Conroe
Address: 100 South Tade Center Parkway
Conroe, TX 77385

Name of Inspector: Kevin Peverill
Date: 15th January 2007

**TOTAL NUMBER OF UNITS INSPECTED:**    **1,536**

| DESCRIPTION OF PRODUCT | TOTAL NO. OF COUNTERFEIT UNITS | BOX NOS. | TOTAL NO. OF DECODED GRAY MARKET UNITS | BOX NOS. | WAS PRODUCT SEGREATED? |
|---|---|---|---|---|---|
| Cool Water Man EDT 40ml | | | 65 | CN3, CN52 | Yes |
| Cool Water Man EDT 75ml | | | 337 | CN6-CN13 | Yes |
| **TOTAL:** | | | **402** | | |

## ZINO DAVIDOFF SA V. CVS CORPORATION
## SUMMARY OF INVENTORY REVIEW

CVS Facility: Ennis
Address: 700 CVS Drive
Ennis, TX 75119

Name of Inspector: Kevin Peverill
Date: 16th January 2007

TOTAL NUMBER OF UNITS INSPECTED:     1965

| DESCRIPTION OF PRODUCT | TOTAL NO. OF COUNTERFEIT UNITS | BOX NOS. | TOTAL NO. OF DECODED GRAY MARKET UNITS | BOX NOS | WAS PRODUCT SEGREGATED? |
|---|---|---|---|---|---|
| Cool Water Man EDT 40ml | | | 259 | EN8-EN10, EN18-EN20 | Yes |
| Cool Water Woman EDT 50ml | | | 164 | EN11-EN14, EN15-EN17 | Yes |
| Cool Water Man EDT 75ml | 16 | EN42 | 447 | EN1, EN24, EN25, EN30, EN31, EN33, EN34, EN40, EN41 | Yes |
| TOTAL: | **16** | | **870** | | |

9740272_1.XLS2/2/20079:23 AM

1

## ZINO DAVIDOFF SA V. CVS CORPORATION
## SUMMARY OF INVENTORY REVIEW

CVS Facility:  La Habra
Address:  777 South Harbor Boulevard
La Habra, CA 90631

Name of Inspector:  Kevin Peverill
Date:  17ᵗʰ January 2006

**TOTAL NUMBER OF UNITS INSPECTED:**          **2,711**

| DESCRIPTION OF PRODUCT | TOTAL NO. OF COUNTERFEIT UNITS | BOX NOS. | TOTAL NO. OF DECODED GRAY MARKET UNITS | BOX NOS. | WAS PRODUCT SEGREGATED? |
|---|---|---|---|---|---|
| Cool Water Man EDT 40ml | | | 245 | LH7, LH8, LH10, LH11, LH16 | Yes |
| Cool Water Woman EDT 50ml | | | 162 | LH1-LH6, LH61 | Yes |
| Cool Water Man EDT 75ml | | | 847 | LH26-LH33, LH35-LH37, LH39-LH41, LH58-LH60 | Yes |
| **TOTAL:** | | | **1254** | | |

## ZINO DAVIDOFF SA V. CVS CORPORATION
## SUMMARY OF INVENTORY REVIEW

CVS Facility: Woonsocket, RI
Address: 400 Founders Dr Woonsocket, RI 02895

Name of Inspector: Donald Andersen
Date: January 17th, 2007

TOTAL NUMBER OF UNITS INSPECTED:  1,906

| DESCRIPTION OF PRODUCT | TOTAL NO. OF COUNTERFEIT UNITS | BOX NOS. | TOTAL NO. OF DECODED GRAY MARKET UNITS | BOX NOS. | WAS PRODUCT SEGREGATED? |
|---|---|---|---|---|---|
| Cool Water Man EDT 1.35oz | | | 75 | 45,46 | Yes |
| Cool Water Woman EDT 1.7oz | | | 162 | 47-54 | Yes |
| Cool Water Man EDT 2.5oz | 364 | 26-36 | 187 | 2,3,4,7,9,10,1 2,13,14,15,17 ,55,56 | Yes |
| TOTAL: | 364 | | 424 | | |

9740272_1.XLS2/2/20079:22 AM

1

**ZINO DAVIDOFF SA V. CVS CORPORATION**
**SUMMARY OF INVENTORY REVIEW**

CVS Facility:  Lumberton, NJ
Address:  1 Berry Dr Lumberton, NJ 08048

Name of Inspector:  Donald Andersen
Date: January 18th, 2007

TOTAL NUMBER OF UNITS INSPECTED:        1332

| DESCRIPTION OF PRODUCT | TOTAL NO. OF COUNTERFEIT UNITS | BOX NOS. | TOTAL NO. OF DECODED GRAY MARKET UNITS | BOX NOS. | WAS PRODUCT SEGREGATED? |
|---|---|---|---|---|---|
| Cool Water Woman EDT 1.7oz | | | 201 | 39-45 | Yes |
| Cool Water Man EDT 1.35oz | | | 48 | 23 | Yes |
| Cool Water Man EDT 2.5oz | 11 | 4 | 595 | 4,16,17,18,2 4-36 | Yes |
| **TOTAL:** | **11** | | **844** | | |

9740272_1.XLS2/2/20079:23 AM

1

# Exhibit B

















