# EXHIBIT 1



## U.S. Customs and Border Protection

## On a Typical Day...

**FACT SHEET**

**On a typical day in fiscal year 2006, U.S. Customs and Border Protection:**

Processed—

- 1.1 million passengers and pedestrians, including 680,000 aliens
- 70,900 truck, rail and sea containers
- 240,737 incoming international air passengers
- 71,151 passengers/crew arriving by ship
- 327,042 incoming privately owned vehicles
- 85,300 shipments of goods approved for entry
- $84,400,000 in fees, duties and tariffs.

Executed—

- 63 arrests at ports of entry
- 2,984 apprehensions between ports for illegal entry

Seized—

- 1,769 pounds of narcotics in 63 seizures at ports of entry
- 3,788 pounds of narcotics in 20 seizures between ports of entry
- $157,800 in undeclared or illicit currency and $646,900 worth of fraudulent commercial merchandise at ports of entry
- 4,462 prohibited meat, plant materials or animal products, including 147 agricultural pests at ports of entry

Refused entry of—

- 574 non-citizens at our ports of entry
- 63 criminal aliens attempting to enter the United States

Intercepted—

- 71 fraudulent documents
- 20 smuggled aliens
- 1.5 traveler for terrorism/national security concerns

Rescued—

- 8 illegal crossers in distress or dangerous conditions between our ports of entry

Deployed—

- 1,264 canine enforcement teams
- 8,075 vehicles, 260 aircraft, 215 watercraft, and 202 equestrian patrols

Protected more than—

- 5,000 miles of border with Canada
- 1,900 miles of border with Mexico
- 95,000 miles of shoreline

Employed approximately 42,000 employees—

- 18,000 officers
- 12,300 Border Patrol agents
- 2,000 agriculture specialists
- 650 air and marine officers

Managed—

- 326 ports of entry
- 20 sectors with 35 border checkpoints between the ports of entry



For more information, visit the CBP.gov website or contact the Office of Public Affairs at 202–344–1770.

1/07

EXHIBIT NUMBER 2 TO THE
SUPPLEMENT DECLARATION OF JAMES
DUGGAN IN SUPPORT OF PLAINTIFF'S
MOTION FOR PRELIMINARY INJUNCTION
IS A CONFIDENTIAL DOCUMENT TO BE
SUBMITTED UNDER SEAL

# EXHIBIT 3

477 Michigan Avenue, Room 200
Detroit, MI 48226

 **U.S. Customs and Border Protection**

APR 20 2005

**ENF-8-PEN:FO:FPF BG
2005-3807-00016901**

Robert A. Becker, Esquire
Fross, Zelnick, Lehrman
866 United Nations Plaza
New York, NY   10017

Dear Mr. Becker:

In accordance with 19 CFR § 133.21, Customs Regulations (Title 19, Code of Federal Regulations), implementing section 526 of the Tariff Act of 1930, as amended, Title 19, United States Code, Section 1526 (19 U.S.C § 1526(e)), articles bearing counterfeit trademarks are subject to seizure and forfeiture.

Customs has seized goods bearing marks which constitute counterfeit copies of the following trademarks and is notifying you, the trademark holder, of the action:

U.S. Customs Recordation Number: TMK 99-00376.
Description of Trademarks: Davidoff (Stylized)
U.S. Patent & Trademark Office Registration Numbers: 1439621

In accordance with 19 CFR § 133.21, you are hereby notified of the following seizure information:

| | |
|---|---|
| Date of Importation: | January 23, 2005 |
| Port of Entry: | Detroit Metropolitan Airport (3807) |
| Description of Merchandise: | (55) Cool Water and (18) Woman |
| Country of Origin: | France |
| Name/address of Manufacturer: | unknown |
| Name/address of Exporter: | Tescra Group |
| | Bourj Al Barajneh Airport Street Al Wifak |
| | Center 4th Floor |
| | Beirut, Lebanon |
| Name/address of Importer: | A&H Pictures |
| | 7850 Mead Street |
| | Dearborn, MI 48126-1033 |

RECEIVED
05 APR 25 AM 11:32
FZL & Z

In accordance with 19 CFR § 133.21, you may obtain a sample of the seized goods upon request, provided you meet certain conditions.

Please direct and further questions or correspondence regarding the matter to Betty Geymann at (313) 442-0227.

Sincerely,

Darrell E. Woodard
Fines, Penalties, and Forfeitures Officer

# EXHIBIT 4









# EXHIBIT 5





DECODED GRAY MARKET
DAVIDOFF COOL WATER
MEN EAU DE TOILETTE
1.35 FL OZ





COUNTERFEIT DAVIDOFF COOL WATER MEN EAU DE TOILETTE 2.5 FL OZ

DECODED GRAY MARKET DAVIDOFF COOL WATER MEN EAU DE TOILETTE 1.35 FL OZ



COUNTERFEIT DAVIDOFF
COOL WATER MEN EAU DE
TOILETTE 2.5 FL OZ

DECODED GRAY MARKET
DAVIDOFF COOL WATER
MEN EAU DE TOILETTE
1.35 FL OZ



COUNTERFEIT DAVIDOFF
COOL WATER MEN EAU DE
TOILETTE 2.5 FL OZ

DECODED GRAY MARKET
DAVIDOFF COOL WATER
MEN EAU DE TOILETTE
1.35 FL OZ