**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ZINO DAVIDOFF SA,

                                        Plaintiffs,

                        v.                                          06 Civ. _____

CVS CORPORATION,

                                        Defendant.

### DECLARATION OF MICHAEL JOHN PAVIOUR IN SUPPORT OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

I, Michael John Paviour, hereby declare as follows:

1.      I am a private investigator employed as an Operations Executive with Grants International Information & Security Services Ltd, 1 Minton Place, Victoria Road, Bicester, Oxon OX26 6QB, The United Kingdom.  My work as a private investigator includes purchasing products that are suspected of infringing legitimate manufacturers' trademarks, trade dress and copyrights.

2.      I make this declaration based upon my own personal knowledge.

3.      In November 2006, I was engaged by Coty Prestige Lancaster Group GmbH ("Coty Prestige") to purchase samples of DAVIDOFF COOL WATER Eau De Toilette for Men ("COOL WATER EDT") from a third party retailer suspected of selling counterfeit products, which is not a party to this action.  While I was undertaking a survey of this third party's stores in Illinois and Michigan, I stopped at a CVS store for a drink, and while there I checked the DAVIDOFF COOL WATER products for sale at CVS.  I discovered that the

US2000 9647012.1

sample had a production code number that had appeared on other counterfeit products in the past. Accordingly, I checked other CVS stores in the vicinity and purchased a total of seven samples of DAVIDOFF COOL WATER products that I suspected were counterfeits.

4.  The 7 samples were purchased from the following CVS stores on the dates and times indicated:

a)  CVS, 12720 Archer Road, Lemont, IL 60439. One sample of COOL WATER EDT 75ml purchased at 10:03 a.m. on Wednesday, November 22, 2006 for $39.86 (including tax). True and correct copies of the receipt for this transaction and photographs of the sample purchased are attached as Exhibit A .

b)  CVS, 5360 South Western Avenue, Chicago, IL 60609. One sample of COOL WATER EDT 75ml purchased at 8:53 a.m. on Thursday November 23, 2006 for $40.32 (including tax). True and correct copies of the receipt for this transaction and photographs of the sample purchased are attached as Exhibit B .

c)  CVS, 15240 Southfield Road, Allen, MI 48101. One sample of COOL WATER EDT 75ml purchased at 10:42 a.m. on Friday, November 24, 2006 for $43.45 (including tax). True and correct copies of the receipt for this transaction and photographs of the sample purchased are attached as Exhibit C .

d)  CVS, 125 East Long Lake Road, Troy, MI 48098. Two samples of COOL WATER EDT 75ml purchased at 9:42 a.m. on Saturday, November 25, 2006 for $86.90 (including tax). True and correct copies of the receipt for this transaction and

2

photographs of the samples purchased are attached as Exhibit _D_ .

     e)    CVS, 31250 Beck Road, Novi, MI 48375. Two samples of COOL WATER EDT 75ml purchased at 2:26 p.m. on Sunday, 26th November 2006 for $39.86 (including tax). True and correct copies of the receipt for this transaction and photographs of the sample purchased are attached as Exhibit _E_ .

    5.    I know from my work for Coty Prestige that each piece of COOL WATER EDT 75ml bears a unique production number. I suspected that the samples I purchased at CVS were counterfeit because the production numbers were not unique and the same numbers had appeared on COOL WATER EDT counterfeit products obtained by Coty Prestige from other sources.

    6.    I am aware that my firm previously found counterfeit COOL WATER EDT 75ml in CVS, was on 28th August 2005, when my colleague, Ian Shirley purchased a sample from a store at 1711 St Andrews Avenue, Fort Lauderdale. Mr. Shirley is submitting a separate declaration concerning this purchase.

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: December 20, 2006

                                     Michael John Paviour

# EXHIBIT A

38



Expect something *extra*

12720 ARCHER, LEMONT, IL
RX:(630)243-3347   STORE:(630)243-3344

REG#01 TRAN#5887 CSHR#578512 STR#3256

1 COOL WATER ED 2.5Z        36.99T

    SUBTOTAL              36.99
    IL 7.75% TAX          2.87
    TOTAL                 39.86
    CASH                  50.00
    CHANGE               10.14

          5325 6632 6588 7017
RETURNS WITH RECEIPT THRU 01/21/2007

NOVEMBER 22, 2006         10:03 AM

    Call 1-800-SHOP-CVS for the
  Flu Clinic location nearest you!

  SHOP 24 HOURS A DAY AT CVS.COM
  THANK YOU FOR SHOPPING WITH US





# EXHIBIT B

37



# CVS/pharmacy

### Expect something *extra*

5360 S  WESTERN AVE., CHICAGO, IL
PHARMACY: 471-3160  STORE:    -

REG#09 TRAN#5666 CSHR#558101 STR#7125

1 COOL WATER ED 2.52       36.99T

```
     SUBTOTAL            36.99
     IL 9.0% TAX          3.33
     TOTAL               40.32
     CASH               100.32
     CHANGE              60.00
```

5712 5632 7566 6096
RETURNS WITH RECEIPT THRU 01/22/2007

NOVEMBER 23, 2006  '  8:53 AM

Call 1-800-SHOP-CVS for the
Flu Clinic location nearest you!

SHOP 24 HOURS A DAY AT CVS.COM
THANK YOU FOR SHOPPING WITH US

CVS
5360 S WESTERN AVE
CHICAGO
ILLINOIS
23/11/06

# EXHIBIT C

3b

# CVS/pharmacy

Expect something extra

15240 SOUTHFIELD, ALLEN PARK, MI
PHARMACY: 382-7265  STORE: 382-7387

REG#03 TRAN#1053 CSHR#533352 STR#8181

## CARD #: ********0719

1 COOL WATER ED 2 5Z          40.99T

```
        SUBTOTAL          40.99
        MI 6.0% TAX        2.46
        TOTAL             43.45
        CASH             100.05
        CHANGE            56.60
```



```
        5818 1632 8106 5037
```
RETURNS WITH RECEIPT THRU 01/23/2007

NOVEMBER 24, 2006       10:42 AM

**ExtraCare balances as of 11/22**

Year to Date Savings              761 37

```
FALL 2006 SPENDING:              747.75
HERSHEY CANDY BARS YTD TOTAL:        32
AMERICAN GREETINGS YTD TOTAL:        29
PHOTO ROLL TOTAL YTD:                17
HALLMARK YTD TOTAL:                   1
```

     HAPPY HOLIDAYS FROM CVS.COM!
  EARN TRIPLE EXTRA BUCKS EVERY TIME
  YOU SHOP ONLINE AT CVS.COM, PLUS
   FREE SHIPPING ON ORDERS OVER $49,
NOW THRU 12/8/06. SEE SITE FOR DETAILS

  Now open at 7:00 AM. Pharmacy
  open at 8:00 AM Monday through
  Saturday and 10:00 AM on Sunday.

  **SHOP 24 HOURS A DAY AT CVS.COM**
  THANK YOU FOR SHOPPING WITH US

CVS
15240 SOUTHFIELD
ALLEN PARK
MICHIGAN

24/11/06





# EXHIBIT D



# CVS PHARMACY
125 E.LONG LAKE RD, TROY, MI
PHARMACY: 879-9114   STORE: 813-8483

REG#09 TRAN#5286 CSHR#131579 STR#8026

## CARD #: ********1509

| | |
|---|---|
| 1 COOL WATER ED 2.5Z | 40.99T |
| 1 COOL WATER ED 2.5Z | 40.99T |

2 ITEMS
| | |
|---|---|
| SUBTOTAL | 81.98 |
| MI 6.0% TAX | 4.92 |
| TOTAL | 86.90 |
| CASH | 100.00 |
| CHANGE | 13.10 |



5802 6632 9528 6099
RETURNS WITH RECEIPT THRU 01/24/2007

NOVEMBER 25, 2006          9:42 AM

HAPPY HOLIDAYS FROM CVS.COM!
EARN TRIPLE EXTRA BUCKS EVERY TIME
YOU SHOP ONLINE AT CVS.COM, PLUS
FREE SHIPPING ON ORDERS OVER $49,
NOW THRU 12/8/06. SEE SITE FOR DETAILS

Make a difference
Donate $1.00 to St. Jude's

**OPEN 24 HOURS 7 DAYS A WEEK**
THANK YOU FOR SHOPPING WITH US









# EXHIBIT E

48

# CVS/pharmacy

Expect something *extra*™

31250 BECK ROAD, NOVI, MI
PHARMACY: 624-4110  STORE: 624-4112

REG#03 TRAN#5261 CSHR#201044 STR#8067

1 COOL WATER ED 2.5Z      40.99T
1 COOL WATER ED 2.5Z      40.99T



**CARD #: Courtesy Card**
  EXTRACARE SAVINGS       14.00 -

2 ITEMS
    SUBTOTAL             67.98
    MI 6.0% TAX           4.08
    TOTAL               72.06
    CASH               100.06
    CHANGE              28.00

5806 7633 0526 1033
RETURNS WITH RECEIPT THRU 01/25/2007

NOVEMBER 26, 2006        2:26 PM

TRIP SUMMARY:
  SALE & CLIPFREE CPN SAVINGS   14.00

  HAPPY HOLIDAYS FROM CVS.COM!
EARN TRIPLE EXTRA BUCKS EVERY TIME
YOU SHOP ONLINE AT CVS.COM, PLUS
FREE SHIPPING ON ORDERS OVER $49,
NOW THRU 12/8/06. SEE SITE FOR DETAILS

Now open at 7:00 AM. Pharmacy
open at 8:00 AM Monday through
Saturday and 10:00 AM on Sunday.

**SHOP 24 HOURS A DAY AT CVS.COM**
THANK YOU FOR SHOPPING WITH US







