UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZINO DAVIDOFF SA, <br><br> Plaintiff, <br><br> v. <br><br> CVS CORPORATION, <br><br> Defendant. | 06 Civ. _____ |

### DECLARATION OF CHRISTIAN SCHAFFNER IN SUPPORT OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

I, Christian Schaffner, hereby declare as follows:

1.  I am Chairman of the Board of Plaintiff Zino Davidoff SA ("Zino Davidoff").

2.  My position with Zino Davidoff enables me to have access to all aspects of the company, including all information on trademarks.

3.  I make this affidavit based on my personal knowledge of this case, as well as of the business of Zino Davidoff.

4.  Zino Davidoff is a joint stock company duly constituted under the laws of Switzerland whose wide array of products for men and women are offered for sale throughout the world.

5.  Zino Davidoff is the owner of numerous incontestable U.S. trademark registrations for its marks for, *inter alia*, perfume and eau de toilette, including Reg. No. 2,609,218 for DAVIDOFF, Reg. No. 1,439,621 for DAVIDOFF and Design, Reg. No. 1,735,958 for DAVIDOFF COOL WATER and Design, Reg. No. 2,723,215 for DAVIDOFF COOL WATER in Design for men's bottle shape and Reg. No. 1,735,965 for COOL WATER. True

and correct copies of the foregoing registrations are annexed hereto as Exhibit A. All of these registrations are valid, subsisting, and in full force and effect.

6.      The DAVIDOFF brand was created in Geneva, Switzerland in 1911. Today DAVIDOFF is one of the world's most well-known and highly respected brands for luxury products, including several fine fragrances.

7.      The trademarks DAVIDOFF COOL WATER and COOL WATER have been used in Europe since 1988 and in the United States since 1991 in association with fragrances and related products. The COOL WATER trademark has been registered in numerous countries throughout the world both alone and together with the DAVIDOFF house mark, as well as in stylized form.

8.      Zino Davidoff's products are considered luxury items and are highly regarded as such throughout the world. Therefore, the DAVIDOFF name and trademarks have become highly distinctive of the products and services related thereto. The DAVIDOFF COOL WATER line is among the best selling and most prestigious brands in the world for fragrance products.

9.      Zino Davidoff faces severe harm if CVS is not enjoined from selling its counterfeit fragrances. Zino Davidoff, together with its carefully chosen licensees, has built the reputation and goodwill associated with the DAVIDOFF brand for decades through extensive advertising and rigorous control of both product quality and the distribution channels through which DAVIDOFF luxury products are sold. CVS's counterfeits seek to trade on this reputation and goodwill, and invariably tarnish Zino Davidoff's reputation and valuable trademarks.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: December 13, 2006

Christian Schaffner

3

# EXHIBIT A

Case 1:06-cv-15332-RJS   Document 44   Filed 08/14/07   Page 4 of 11



### THE UNITED STATES OF AMERICA

### TO ALL TO WHOM THESE PRESENTS SHALL COME;

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

September 28, 2006

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,439,621* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *20* YEARS FROM *May 12, 1987*
*SECTION 8 PARTIAL & 15*
SAID RECORDS SHOW TITLE TO BE IN:
    ZINO DAVIDOFF SA
    *A SWITZERLAND CORPORATION*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

T. WALLACE
Certifying Officer



Int. Cls.: 3 and 30

Prior U.S. Cls.: 46, 51, and 52

## United States Patent and Trademark Office

Reg. No. 1,439,621
Registered May 12, 1987

## TRADEMARK
SUPPLEMENTAL REGISTER



DAVIDOFF EXTENSION S.A. (SWITZERLAND CORPORATION)
ALPENSTRASSE 14
ZOUG, SWITZERLAND

FOR: TOILET WATER, SHAVING CREAM, AFTER SHAVE, AFTER SHAVE CREAM, MOISTURIZING CONCENTRATE, SHOWER GEL, BODY LOTION, DEODORANT SPRAY, DEODORANT STICK, ANTI-PERSPIRANT, BATH SOAP, PERFUME, HAIR LOTION AND DENTIFRICE, IN CLASS 3 (U.S. CLS. 51 AND 52).

FOR: COFFEE, TEA, SPICE, COCOA, SUGAR, RICE, TAPIOCA, SAGO, FLOUR, BREAD, BISCUITS, CAKES, PASTRY, CANDY AND FLAVORED OR FRUIT ICES, IN CLASS 30 (U.S. CL. 46).

OWNER OF SWITZERLAND REG. NO. 338119, DATED 2-2-1985, EXPIRES 2-2-2005.

SER. NO. 553,140, FILED P.R. 8-12-1985; AM. S.R. 12-18-1985.

MICHAEL HAMILTON, EXAMINING ATTORNEY



# THE UNITED STATES OF AMERICA

TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

September 27, 2006

THE ATTACHED U.S. TRADEMARK REGISTRATION 1,735,958 IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM  *December 01, 1992*
*1st* RENEWAL FOR A TERM OF *10* YEARS FROM  *December 01, 2002*
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:
   *ZINO DAVIDOFF SA*
   *A SWITZERLAND CORPORATION*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

M. TARVER
Certifying Officer



Int. Cl.: 3

Prior U.S. Cls.: 51 and 52

**United States Patent and Trademark Office**    Reg. No. 1,735,958
Registered Dec. 1, 1992

## TRADEMARK
### PRINCIPAL REGISTER



DAVIDOFF EXTENSION S.A. (SWITZERLAND CORPORATION)
ALPENSTRASSE 14
6300 ZUG, SWITZERLAND

FOR: TOILETRIES; NAMELY, EAU DE TOILETTE, AFTERSHAVE LOTION, SKIN ENERGIZER (TONIC), SHOWER GEL, SHAMPOO, BODY LOTION, PERSONAL DEODORANTS AND ANTIPERSPIRANTS, AND BODY SOAP, IN CLASS 3 (U.S. CLS. 51 AND 52).

FIRST USE 6-0-1988; IN COMMERCE 6-6-1989.

OWNER OF U.S. REG. NOS. 1,432,571, 1,538,769 AND OTHERS.

SER. NO. 74-153,663, FILED 4-1-1991.

STEPHEN JEFFRIES, EXAMINING ATTORNEY

Int. Cl.: 3

Prior U.S. Cls.: 1, 4, 6, 50, 51 and 52

United States Patent and Trademark Office

Reg. No. 2,723,215
Registered June 10, 2003

## TRADEMARK
## PRINCIPAL REGISTER



DAVIDOFF & CIE SA (SWITZERLAND CORPORATION)
2 RUE DE RIVE
1200 GENEVA, SWITZERLAND

FOR: EAU DE TOILETTE, AFTERSHAVE LOTION, SKIN ENERGIZING TONIC, SHOWER GEL, HAIR SHAMPOO, BODY LOTION, PERSONAL DEODORANT, ANTIPERSPIRANT, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 0-0-1988; IN COMMERCE 0-0-1992.

THE STIPPLING ON THE MARK IS USED FOR SHADING PURPOSES ONLY AND IS NOT A FEATURE OF THE MARK.

SEC. 2(F).

SER. NO. 76-242,751, FILED 4-17-2001.

SOPHIA S. KIM, EXAMINING ATTORNEY

Int. Cl.: 3

Prior U.S. Cls.: 1, 4, 6, 50, 51 and 52

**United States Patent and Trademark Office**

Reg. No. 2,609,218
Registered Aug. 20, 2002

## TRADEMARK
### PRINCIPAL REGISTER

### DAVIDOFF

DAVIDOFF & CIE SA (SWITZERLAND CORPORATION)
2 RUE DE RIVE
1200 GENEVA, SWITZERLAND

FOR: COSMETICS, NAMELY, EAU DE TOILETTE, PERFUMES, PRE-SHAVE AND AFTER-SHAVE PREPARATIONS, SKIN ENERGIZING TONIC, SHOWER GEL, BODY SOAP, HAIR SHAMPOO; SUN PROTECTION, AFTER SUN AND TANNING PREPARATION, BODY LOTION, PERSONAL DEODORANTS AND ANTIPERSPIRANTS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 0-0-1984; IN COMMERCE 0-0-1991.

OWNER OF U.S. REG. NOS. 1,052,564, 1,432,571 AND OTHERS.

SEC. 2(F).

SER. NO. 76-224,810, FILED 3-13-2001.

LOURDES AYALA, EXAMINING ATTORNEY

Int. Cl.: 3

Prior U.S. Cls.: 51 and 52

Reg. No. 1,735,965

**United States Patent and Trademark Office** Registered Dec. 1, 1992

## TRADEMARK
PRINCIPAL REGISTER

## COOL WATER

DAVIDOFF EXTENSION S.A. (SWITZERLAND CORPORATION)
ALPENSTRASSE 14
6300 ZUG, SWITZERLAND

FOR: TOILETRIES; NAMELY, EAU DE TOILETTE, AFTERSHAVE LOTION, SKIN ENERGIZER (TONIC), SHOWER GEL, SHAMPOO, BODY LOTION, PERSONAL DEODORANTS AND ANTIPERSPIRANTS, AND BODY SOAP, IN CLASS 3 (U.S. CLS. 51 AND 52).

FIRST USE 6-0-1988; IN COMMERCE 6-6-1989.

SER. NO. 74-185,501, FILED 7-16-1991.

STEPHEN JEFFRIES, EXAMINING ATTORNEY