**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ZINO DAVIDOFF SA,<br><br>             Plaintiff,<br><br>       v.<br><br>CVS CORPORATION,<br><br>             Defendant. | 06 Civ. 15332 (RJS) |

## DECLARATION OF JAMES DUGGAN IN SUPPORT OF PLAINTIFF'S MOTION FOR CONTEMPT SANCTIONS

I, James Duggan, hereby declare as follows:

1.       I am Vice President of Risk Management, Security and Corporate Services at Coty Inc., 2 Park Avenue, New York, New York 10016. My duties include purchasing products that are suspected of infringing trademark, trade dress and copyrights.

2.       I have been trained to authenticate DAVIDOFF COOL WATER fragrance products and am familiar with the characteristics that differentiate genuine products from counterfeit and decoded products.

3.       Since entry of the preliminary injunction in this case on June 14, 2007, I have purchased both counterfeit and decoded DAVIDOFF COOL WATER men's eau de toilette 1.35 oz. fragrance products from CVS stores as summarized below:

a.   On July 6, 2007 I purchased one unit of decoded DAVIDOFF COOL WATER men's EDT at the CVS store located at 47-49 Lake Avenue Extension, Danbury, Connecticut. True and correct copies of the receipt for this transaction and photographs of the sample purchased are attached as Exhibit A.

b.   On July 6, 2007 I purchased one unit of counterfeit DAVIDOFF COOL WATER men's EDT with no production code at the CVS store located at 467 Main Street, Ridgefield, Connecticut.  True and correct copies of the receipt for this transaction and photographs of the sample purchased are attached as Exhibit B.

c.   On July 6, 2007 I purchased one unit of decoded DAVIDOFF COOL WATER men's EDT and two units of counterfeit DAVIDOFF COOL WATER men's EDT at the CVS store located at 303 White Street, Danbury, Connecticut.  True and correct copies of the receipt for this transaction and photographs of the samples purchased are attached as Exhibit C. One unit of counterfeit had no production code and the other unit had the bogus production code 0172395837.

d.   On July 6, 2007 I purchased two units of decoded DAVIDOFF COOL WATER men's EDT at the CVS store located at 146 South Street, Danbury, Connecticut.  True and correct copies of the receipt for this transaction and photographs of the samples purchased are attached as Exhibit D.

e.   On July 6, 2007 I purchased one unit of decoded DAVIDOFF COOL WATER men's EDT at the CVS store located at 35 Padanaram Road, Danbury, Connecticut. True and correct copies of the receipt for this transaction and photographs of the sample purchased are attached as Exhibit E.

f.   On July 6, 2007 I purchased one unit of decoded DAVIDOFF COOL WATER men's EDT at the CVS store located at 7 Backus Avenue, Danbury, Connecticut.  True and correct copies of the receipt for this transaction and photographs of the sample purchased are attached as Exhibit F.

g.   On August 9, 2007 I purchased one unit of decoded DAVIDOFF COOL WATER men's EDT at the CVS store located at 1193 Fair Oaks Mall, Fairfax, Virginia.  A true and correct copy of the receipt for this transaction is attached as Exhibit G.

h.   On November 29, 2007 I purchased two units of decoded DAVIDOFF COOL WATER men's EDT at the CVS store located at 11022 Highway 49, Gulfport, Mississippi.  True and correct copies of the receipt for this transaction and photographs of the samples purchased are attached as Exhibit H.

4.   In total, I purchased 3 counterfeit and 9 decoded DAVIDOFF COOL WATER units at CVS stores since the entry of the preliminary injunction in this case.

5.   During my visits to CVS stores, I discovered that on many of the units of DAVIDOFF COOL WATER fragrance products on CVS's store shelves there was a thick, white sticker completely covering the area of the packaging where the unique production code would be located.  I noticed that this sticker was difficult to remove, and seemed especially difficult to remove without causing damage to the packaging of the DAVIDOFF COOL WATER fragrance products.

6.   The document entitled *Purchases of Counterfeit and Decoded DAVIDOFF COOL WATER Fragrance Products from CVS Stores After June 14, 2007*, attached hereto as Exhibit I, includes an accurate summary of my above-described purchases of counterfeit and decoded DAVIDOFF COOL WATER fragrance products at CVS stores after the entry of the preliminary injunction.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date:   New York, New York
        _____ __, 200__

                                                    _____
                                                    James Duggan

I declare under penalty of perjury under the laws of the United States that the foregoing is

true and correct.

Date:   New York, New York
        *December 15*, 2007

James Duggan

# EXHIBIT A







**CVS/pharmacy**
Expect something *extra*™

47-49 LAKE AVENUE, DANBURY, CT
PHARMACY: 778-7471  STORE:   -

REG#05 TRAN#8050 CSHR#627709 STR#7093

## CARD #: ********1085

```
1 COOL WATER M  1.4Z      30.99T
1 COOL WATER M  1.4Z      30.99T

2 ITEMS
    SUBTOTAL            61.98
    CT 6.0% TAX          3.72
    TOTAL               65.70
    AMEX                65
    **********          MS
    CHANGE               .00
```

5709 3718 7805 0053
**RETURNS WITH RECEIPT THRU 09/04/2007**

JULY  6, 2007          ::27 AM

DID YOU KNOW?
     YOU EARN 2% BACK ON ALMOST
     EVERYTHING IN THE STORE &
     YOUR PURCHASES ON CVS.COM!
        IT'S FREE CVS MONEY!

YOUR EXTRACARE ACCOUNT INFORMATION
   IS INCOMPLETE.  PLEASE VISIT
        WWW.CVS.COM/EXTRACARE.

    SHOP 24 HOURS A DAY AT CVS.COM
    THANK YOU FOR SHOPPING WITH US

**ExtraCare balances as of 07/01**

Year to Date Savings           237.70

SUMMER 2007 SPENDING:          102.59
HALLMARK MAY/JUNE TOTAL:            9

**This Week's**
**Extra Buck Offers:**          **Balance:**
Softsoap/Irish, Buy 1 Get 1 EB       1
Colgate Max, Buy 1 Get 2.99 EB       1

# EXHIBIT B





# CVS/pharmacy

Expect something extra

467 MAIN STREET RIDGEFIELD, CT
PHARMACY: 431-8888  STORE: 431-8481

REG#04 TRAN#9746 CSHR#665382 STR#738

```
1 COOL WATER M  1.4Z      30.99T
1 COOL WATER M  1.4Z      30.99T
```



```
2 ITEMS
    SUBTOTAL            61.98
    CT 6.0% TAX          3.72
    TOTAL               65.70
    AMEX                65.70
    ***********1009        MS
    CHANGE                .00
```

5073 8718 7974 6044
**RETURNS WITH RECEIPT THRU 09/04/2007**

JULY  6, 2007          9:41 AM

DID YOU KNOW?
    YOU EARN 2% BACK ON ALMOST
    EVERYTHING  IN THE STORE &
    YOUR PURCHASES ON CVS.COM!
    IT'S FREE CVS MONEY!

YOUR EXTRACARE ACCOUNT INFORMATION
    IS INCOMPLETE.  PLEASE VISIT
    WWW.CVS.COM/EXTRACARE.

**SHOP 24 HOURS A DAY AT CVS.COM**
THANK YOU FOR SHOPPING WITH US

**ExtraCare balances as of 07/01**

Year to Date Savings          237.70

SUMMER 2007 SPENDING:         102.59
HALLMARK MAY/JUNE TOTAL:           9

**This Week's**
**Extra Buck Offers:**        **Balance:**
Softsoap/Irish, Buy 1 Get 1 EB       1
Colgate Max, Buy 1 Get 2.99 EB       1

# EXHIBIT C







**CVS/pharmacy**
Expect something *extra*

303 WHITE STREET, DANBURY, CT
PHARMACY: 790-9485   STORE: 748-2232

REG#03 TRAN#9698 CSHR#028236 STR#798

## CARD #: ********1085

| | | |
|---|---|---|
| 1 COOL WATER M 1.4Z | 30.99T |
| 1 COOL WATER M 1.4Z | 30.99T |
| 1 COOL WATER M 1.4Z | 30.99T |
| 1 COOL WATER M 1.4Z | 30.99T |

4 ITEMS
SUBTOTAL            123.96
CT 6.0% TAX           7.44
TOTAL              131.40
AMEX               131.40
***********1009        MS
CHANGE                 .00

5079  718 7969 8033
RETURNS WITH RECEIPT THRU 09/04/2007

JULY  6, 2007            11:54 AM

DID YOU KNOW?
    YOU EARN 2% BACK ON ALMOST
    EVERYTHING  IN THE STORE &
    YOUR PURCHASES ON CVS.COM!
        IT'S FREE CVS MONEY!

YOUR EXTRACARE ACCOUNT INFORMATION
   IS INCOMPLETE.  PLEASE VISIT
      WWW.CVS.COM/EXTRACARE.

   SHOP 24 HOURS A DAY AT CVS.COM
   THANK YOU FOR SHOPPING WITH US

**ExtraCare balances as of 07/01**

      Date Savings              237.70

SUMMER 2007 SPENDING:           102.59
HALLMARK MAY/JUNE TOTAL:             9

This Week's
Extra Buck Offers:           Balance:
Softsoap/Irish, Buy 1 Get 1 EB       1
Colgate Max, Buy 1 Get 2.99 EB       1

# EXHIBIT D



# CVS/pharmacy®
Expect something *extra*™

146 SOUTH STREET, DANBURY, CT 06810
PHARMACY: 797-8919  STORE: 794-9438

REG#04 TRAN#0083 CSHR#374080 STR#629

## CARD #: ********1085

```
1 COOL WATER M  1.4Z     30.99T
1 COOL WATER M  1.4Z     30.99T
1 COOL WATER M  1.4Z     30.99T
1 COOL WATER M  1.4Z     30.99T
1 COOL WATER M  1.4Z     30.99T
1 COOL WATER M  1.4Z     30.99T

6 ITEMS
    SUBTOTAL            185.94
    CT 6.0% TAX          11.16
    TOTAL               197.10
    AMEX                197.10
    ***********1009        MS
    CHANGE                 .00
```



5062 9718 7008 3040
**RETURNS WITH RECEIPT THRU 09/04/2007**

JULY 6, 2007              11:42 AM

DID YOU KNOW?
    YOU EARN 2% BACK ON ALMOST
    EVERYTHING  IN THE STORE &
    YOUR PURCHASES ON CVS.COM!
       IT'S FREE CVS MONEY!

YOUR EXTRACARE ACCOUNT INFORMATION
    IS INCOMPLETE.  PLEASE VISIT
       WWW.CVS.COM/EXTRACARE.

   **SHOP 24 HOURS A DAY AT CVS.COM**
   THANK YOU FOR SHOPPING WITH US

**ExtraCare balances as of 07/01**

Year to Date Savings          237.70

SUMMER 2007 SPENDING:         102.59
HALLMARK MAY/JUNE TOTAL:           9

**This Week's**
**Extra Buck Offers:**        **Balance:**
Softsoap/Irish, Buy 1 Get 1 EB       1
Colgate Max, Buy 1 Get 2.99 EB       1

# EXHIBIT E









## CVS/pharmacy®
Expect something *extra.*

35 PADANARAM ROAD, DANBURY, CT
PHARMACY: 730-4870  STORE:    -

REG#02 TRAN#3020 CSHR#687633 STR#2545

## CARD #: ********1085

```
1 COOL WATER M  1.4Z       30.99T
1 COOL WATER M  1.4Z       30.99T
1 COOL WATER M  1.4Z       30.99T

3 ITEMS
    SUBTOTAL            92.97
    CT 6.0% TAX          5.58
    TOTAL               98.55
    AMEX                98.55
    ***********1009        MS
    CHANGE                 .00
```

5254 5718 7302 0029
RETURNS WITH RECEIPT THRU 09/04/2007

JULY  6, 2007              9:40 PM

DID YOU KNOW?
    YOU EARN 2% BACK ON ALMOST
    EVERYTHING  IN THE STORE &
    YOUR PURCHASES ON CVS.COM!
    IT'S FREE CVS MONEY!

YOUR EXTRACARE ACCOUNT INFORMATION
    IS INCOMPLETE.  PLEASE VISIT
    WWW.CVS.COM/EXTRACARE.

    SHOP 24 HOURS A DAY AT CVS.COM
    THANK YOU FOR SHOPPING WITH US

ExtraCare balances as of 07/01

Year to Date Savings            237.70

SUMMER 2007 SPENDING:           102.59
HALLMARK MAY/JUNE TOTAL:             9

This Week's
Extra Buck Offers:           Balance:
Softsoap/Irish, Buy 1 Get 1 EB       1
Colgate Max, Buy 1 Get 2.99 EB       1

# EXHIBIT F







Expect something *extra*™

7 BACKUS AVE. STE 165, DANBURY, CT
PHARMACY:      -      STORE: 798-6809

REG#06 TRAN#2797 CSHR#546817 STR#812

```
     COOL WATER M  1.4Z
11 @     30.99                 340.89T
   CARD #: ********1085
 1 COOL WATER ED 2.5Z          39.99T
 1 SARAH JESSICA 1.7Z          47.99T
 1 SARAH JESSICA 1.7Z          47.99T

14 ITEMS
      SUBTOTAL                 476.86
      CT 6.0% TAX               28.61
      TOTAL                    505.47
      AMEX                     505.47
      ***********1009              MS
      CHANGE                      .00
```



5081 2718 7279 7064
RETURNS WITH RECEIPT THRU 09/04/2007

JULY  6, 2007              7:21 PM

DID YOU KNOW?
     YOU EARN 2% BACK ON ALMOST
     EVERYTHING  IN THE STORE &
     YOUR PURCHASES ON CVS.COM!
        IT'S FREE CVS MONEY!

 UR EXTRACARE ACCOUNT INFORMATION
    IS INCOMPLETE.  PLEASE VISIT
      WWW.CVS.COM/EXTRACARE.

   SHOP 24 HOURS A DAY AT CVS.COM
   THANK YOU FOR SHOPPING WITH US

**ExtraCare balances as of 07/01**

Year to Date Savings            237.70

SUMMER 2007 SPENDING:           102.59
HALLMARK MAY/JUNE TOTAL:             9

**This Week's**
**Extra Buck Offers:**          **Balance:**
Softsoap/Irish, Buy 1 Get 1 EB       1
Colgate Max, Buy 1 Get 2.99 EB       1

# EXHIBIT G



**CVS**

Expect something *extra*™

1193L FAIR OAKS MALL FAIRFAX VA 22032
TELEPHONE: 352-5045

REG#04 TRAN#0913 CSHR#691737 STR#2013

1 COOL WATER M  1.42     30.99T
CARD #: *********1085

SUBTOTAL            30.99
VA 5.0% TAX          1.55
TOTAL               32.54
AMEX                32.54
***********1009        MS
CHANGE                .00

5201 3722 1091 3046
RETURNS WITH RECEIPT THRU 10/08/2007

AUGUST 9, 2007          9:54 AM

INTRODUCING DIGITAL SUNDAYS!
LEARN HOW EASY IT IS TO PRINT YOUR
DIGITAL PICTURES & MORE FROM OUR
DIGITAL EXPERTS. SUNDAYS NOON TO 2.
FREE COUPONS AND GIVEAWAYS!

YOUR EXTRACARE ACCOUNT INFORMATION
IS INCOMPLETE.  PLEASE VISIT
WWW.CVS.COM/EXTRACARE.

# EXHIBIT H







Expect something *extra*™

11022 HWY 49, GULFPORT, MS
PHARMACY: 832-8981  STORE:     -

REG#03 TRAN#2569 CSHR#416550 STR#5908

## ExtraCare Card #: ********1085

| | | |
|---|---|---|
| 1 COOL WATER M  1.4Z | 23.99T SAVED | 7.00 |
| 1 COOL WATER M  1.4Z | 23.99T SAVED | 7.00 |
| 1 COOL WATER M  2.5Z | 23.99T SAVED | 7.00 |

3 ITEMS
    SUBTOTAL              80.97
    MS 7.0% TAX          5.67
    **TOTAL**            **86.64**
    AMEX                 86.64
    ***********1009      MS
    CHANGE               .00



5590 8733 3256 9032
**RETURNS WITH RECEIPT THRU 01/28/2008**

NOVEMBER 29, 2007          1:09 PM

**TRIP SUMMARY:**
    Today You Saved              21.00

REMEMBER TO PICKUP A LITTLE SOMETHING
FOR THE SITTER, HAIR DRESSER, TEACHER,
PAPERBOY/GIRL, GROOMER OR CO-WORKER.
WE'VE GOT SOMETHING IN THE RIGHT
SIZE FOR EVERYONE!

Make a difference
Donate $1.00 to St. Jude's

SHOP 24 HOURS A DAY AT CVS.COM
THANK YOU FOR SHOPPING WITH US