# EXHIBIT I

**Zino Davidoff SA v. CVS Corporation**

Purchases of Counterfeit and Decoded DAVIDOFF COOL WATER Fragrance Products from CVS Stores After June 14, 2007

CVS Store Address:  6665 Taft Street, Hollywood, FL

Name of Inspector:  Michael Paviour

Date:  June 22, 2007

| Description of Product | No. of Units | Conclusions (genuine, counterfeit, decoded) | Reason for conclusion | If decoded, describe any alterations | Comments |
|---|---|---|---|---|---|
| Cool Water Men EDT, 1.35 oz. | 1 | Decoded | Signs of decoding | Production code cut off box and bottle | |

1

US2000 10160662.1

Zino Davidoff SA v. CVS Corporation

**Purchases of Counterfeit and Decoded DAVIDOFF COOL WATER Fragrance Products from CVS Stores After June 14, 2007**

CVS Store Address:   1801 N. Illinois Street, Swansea, IL

Name of Inspector: James Welch

Date:  June 27, 2007

| Description of Product | No. of Units | Conclusions (genuine, counterfeit, decoded) | Reason for conclusion | If decoded, describe any alterations | Comments |
|---|---|---|---|---|---|
| Cool Water Men EDT, 1.35 oz. | 1 | Decoded | Signs of decoding | Production code cut off box and bottle | |

2

US2000 10160662.1

Zino Davidoff SA v. CVS Corporation

**Purchases of Counterfeit and Decoded DAVIDOFF COOL WATER Fragrance Products from CVS Stores After June 14, 2007**

CVS Store Address:   4609 W. Main Street, Belleville, IL

Name of Inspector: James Welch

Date:  June 27, 2007

| Description of Product | No. of Units | Conclusions (genuine, counterfeit, decoded) | Reason for conclusion | If decoded, describe any alterations | Comments |
|---|---|---|---|---|---|
| Cool Water Men EDT, 1.35 oz. | 1 | Decoded | Signs of decoding | Production code cut off box and bottle | |

3

US2000 1016662.1

**Zino Davidoff SA v. CVS Corporation**

**Purchases of Counterfeit and Decoded DAVIDOFF COOL WATER Fragrance Products from CVS Stores After June 14, 2007**

CVS Store Address:   47-49 Lake Avenue, Danbury, CT

Name of Inspector:  James Duggan

Date:  July 6, 2007

| Description of Product | No. of Units | Conclusions (genuine, counterfeit, decoded) | Reason for conclusion | If decoded, describe any alterations | Comments |
|---|---|---|---|---|---|
| Cool Water Men EDT, 1.35 oz. | 1 | Decoded | Signs of decoding | Production code cut off box and chemically removed from the bottle | |

4

US2000 10160662 1

**Zino Davidoff SA v. CVS Corporation**
**Purchases of Counterfeit and Decoded DAVIDOFF COOL WATER Fragrance Products from CVS Stores After June 14, 2007**

CVS Store Address:   467 Main Street, Ridgefield, CT

Name of Inspector:  James Duggan

Date: July 6, 2007

| Description of Product | No. of Units | Conclusions (genuine, counterfeit, decoded) | Reason for conclusion | If decoded, describe any alterations | Comments |
|---|---|---|---|---|---|
| Cool Water Men EDT, 1.35 oz. | 1 | Counterfeit | No code on box or bottle | | |

5

US2000 1016066.2 1

**Zino Davidoff SA v. CVS Corporation**

**Purchases of Counterfeit and Decoded DAVIDOFF COOL WATER Fragrance Products from CVS Stores After June 14, 2007**

CVS Store Address:   303 White Street, Danbury, CT

Name of Inspector: James Duggan

Date: July 6, 2007

| Description of Product | No. of Units | Conclusions (genuine, counterfeit, decoded) | Reason for conclusion | If decoded, describe any alterations | Comments |
|---|---|---|---|---|---|
| Cool Water Men EDT, 1.35 oz. | 1 | Decoded | Signs of decoding | Production code cut off box and bottle | |
| Cool Water Men EDT, 1.35 oz. | 2 | Counterfeit | One unit with bogus code; one unit with no code on box or bottle | | Bogus code is 017235837, CVS sticker hiding code on the bottle |

6

US2000 1016062.1

**Zino Davidoff SA v. CVS Corporation**

**Purchases of Counterfeit and Decoded DAVIDOFF COOL WATER Fragrance Products from CVS Stores After June 14, 2007**

CVS Store Address:   146 South Street, Danbury, CT

Name of Inspector:  James Duggan

Date: July 6, 2007

| Description of Product | No. of Units | Conclusions (genuine, counterfeit, decoded) | Reason for conclusion | If decoded, describe any alterations | Comments |
|---|---|---|---|---|---|
| Cool Water Men EDT, 1.35 oz. | 2 | Decoded | Signs of decoding | Production codes cut off boxes and chemically removed from bottles | |

7

US2000 1016062.1

Zino Davidoff SA v. CVS Corporation

Purchases of Counterfeit and Decoded DAVIDOFF COOL WATER Fragrance Products from CVS Stores After June 14, 2007

CVS Store Address:   35 Padanaram Road, Danbury, CT

Name of Inspector:  James Duggan

Date:  July 6, 2007

| Description of Product | No. of Units | Conclusions (genuine, counterfeit, decoded) | Reason for conclusion | If decoded, describe any alterations | Comments |
|---|---|---|---|---|---|
| Cool Water Men EDT, 1.35 oz. | 1 | Decoded | Signs of decoding | Production code cut off box and chemically removed from bottle | |

8

US2000 1016662.1

**Zino Davidoff SA v. CVS Corporation**

**Purchases of Counterfeit and Decoded DAVIDOFF COOL WATER Fragrance Products from CVS Stores After June 14, 2007**

CVS Store Address: 7 Backus Avenue, Danbury, CT

Name of Inspector: James Duggan

Date: July 6, 2007

| Description of Product | No. of Units | Conclusions (genuine, counterfeit, decoded) | Reason for conclusion | If decoded, describe any alterations | Comments |
|---|---|---|---|---|---|
| Cool Water Men EDT, 1.35 oz. | 1 | Decoded | Signs of decoding | Production code cut off box and bottle | |

9

US2000 1016062.1

**Zino Davidoff SA v. CVS Corporation**

Purchases of Counterfeit and Decoded DAVIDOFF COOL WATER Fragrance Products from CVS Stores After June 14, 2007

CVS Store Address:  206 Glen Cove Avenue, Sea Cliff, NY

Name of Inspector:  James Welch

Date: July 11, 2007

| Description of Product | No. of Units | Conclusions (genuine, counterfeit, decoded) | Reason for conclusion | If decoded, describe any alterations | Comments |
|---|---|---|---|---|---|
| Cool Water Men EDT, 1.35 oz. | 1 | Counterfeit | Unit bore bogus code | | Bogus code is 0172395837 |

10

US2000 10160662.1

**Zino Davidoff SA v. CVS Corporation**

Purchases of Counterfeit and Decoded DAVIDOFF COOL WATER Fragrance Products from CVS Stores After June 14, 2007

CVS Store Address:   24224 Northern Boulevard, Douglaston, NY

Name of Inspector:  James Welch

Date: July 11, 2007

| Description of Product | No. of Units | Conclusions (genuine, counterfeit, decoded) | Reason for conclusion | If decoded, describe any alterations | Comments |
|---|---|---|---|---|---|
| Cool Water Men EDT, 1.35 oz. | 1 | Decoded | Signs of decoding | Production code cut off box and bottle | |

11

US2000 1016062.1

Zino Davidoff SA v. CVS Corporation

Purchases of Counterfeit and Decoded DAVIDOFF COOL WATER Fragrance Products from CVS Stores After June 14, 2007

CVS Store Address:   2030 Hillside Avenue, New Hyde Park, NY

Name of Inspector:  James Welch

Date:  July 11, 2007

| Description of Product | No. of Units | Conclusions (genuine, counterfeit, decoded) | Reason for conclusion | If decoded, describe any alterations | Comments |
|---|---|---|---|---|---|
| Cool Water Men EDT, 1.35 oz. | 1 | Decoded | Signs of decoding | Production code chemically removed from box and bottle | |

12

US2000 1010662.1

Zino Davidoff SA v. CVS Corporation

Purchases of Counterfeit and Decoded DAVIDOFF COOL WATER Fragrance Products from CVS Stores After June 14, 2007

CVS Store Address:   254 Hillside Avenue, Williston Park, NY

Name of Inspector:  James Welch

Date: July 11, 2007

| Description of Product | No. of Units | Conclusions (genuine, counterfeit, decoded) | Reason for conclusion | If decoded, describe any alterations | Comments |
|---|---|---|---|---|---|
| Cool Water Men EDT, 1.35 oz. | 1 | Decoded | Signs of decoding | Production code chemically removed from box and bottle | |

13

US2000 1016066 2 1

**Zino Davidoff SA v. CVS Corporation**

<u>Purchases of Counterfeit and Decoded DAVIDOFF COOL WATER Fragrance Products from CVS Stores After June 14, 2007</u>

CVS Store Address:   219-39 89th Avenue, Bellerose, NY

Name of Inspector:  James Welch

Date:  July 11, 2007

| Description of Product | No. of Units | Conclusions (genuine, counterfeit, decoded) | Reason for conclusion | If decoded, describe any alterations | Comments |
|---|---|---|---|---|---|
| Cool Water Men EDT, 1.35 oz. | 1 | Decoded | Signs of decoding | Production code cut off box and bottle | |

14

US2000 1016062.1

**Zino Davidoff SA v. CVS Corporation**

Purchases of Counterfeit and Decoded DAVIDOFF COOL WATER Fragrance Products from CVS Stores After June 14, 2007

CVS Store Address:   410 Jericho Turnpike, Mineola, NY

Name of Inspector:  James Welch

Date: July 11, 2007

| Description of Product | No. of Units | Conclusions (genuine, counterfeit, decoded) | Reason for conclusion | If decoded, describe any alterations | Comments |
|---|---|---|---|---|---|
| Cool Water Men EDT, 1.35 oz. | 1 | Decoded | Signs of decoding | Production code cut off box and bottle | |

15

US2000 1016062.1

Zino Davidoff SA v. CVS Corporation

Purchases of Counterfeit and Decoded DAVIDOFF COOL WATER Fragrance Products from CVS Stores After June 14, 2007

CVS Store Address:   451-461 Bloomfield Avenue, Newark, NJ

Name of Inspector:  James Welch

Date:  July 12, 2007

| Description of Product | No. of Units | Conclusions (genuine, counterfeit, decoded) | Reason for conclusion | If decoded, describe any alterations | Comments |
|---|---|---|---|---|---|
| Cool Water Men EDT, 1.35 oz. | 1 | Counterfeit | Bore bogus production code | | Bogus code is 0172395837 |

16

US2000 1016662.1

**Zino Davidoff SA v. CVS Corporation**

**Purchases of Counterfeit and Decoded DAVIDOFF COOL WATER Fragrance Products from CVS Stores After June 14, 2007**

CVS Store Address:   505 Allwood Road, Clifton, NJ

Name of Inspector: James Welch

Date: July 12, 2007

| Description of Product | No. of Units | Conclusions (genuine, counterfeit, decoded) | Reason for conclusion | If decoded, describe any alterations | Comments |
|---|---|---|---|---|---|
| Cool Water Men EDT, 1.35 oz. | 1 | Decoded | Signs of decoding | Production code cut off box and bottle | |

17

US2000 10166062 1

**Zino Davidoff SA v. CVS Corporation**

**Purchases of Counterfeit and Decoded DAVIDOFF COOL WATER Fragrance Products from CVS Stores After June 14, 2007**

CVS Store Address:   275 Chestnut Street, Newark, NJ

Name of Inspector: James Welch

Date:  July 12, 2007

| Description of Product | No. of Units | Conclusions (genuine, counterfeit, decoded) | Reason for conclusion | If decoded, describe any alterations | Comments |
|---|---|---|---|---|---|
| Cool Water Men EDT, 1.35 oz. | 1 | Decoded | Signs of decoding | Production code cut off box and bottle | |

18

US2000 10160662.1

Zino Davidoff SA v. CVS Corporation

**Purchases of Counterfeit and Decoded DAVIDOFF COOL WATER Fragrance Products from CVS Stores After June 14, 2007**

CVS Store Address:   49 Claremont Avenue, Montclair, NJ

Name of Inspector: James Welch

Date: July 12, 2007

| Description of Product | No. of Units | Conclusions (genuine, counterfeit, decoded) | Reason for conclusion | If decoded, describe any alterations | Comments |
|---|---|---|---|---|---|
| Cool Water Men EDT, 2.5 oz. | 2 | Decoded | Signs of decoding | Production codes cut off boxes and bottles | |

19

US2000 1016662.1

**Zino Davidoff SA v. CVS Corporation**

**Purchases of Counterfeit and Decoded DAVIDOFF COOL WATER Fragrance Products from CVS Stores After June 14, 2007s**

CVS Store Address:   1701 E. Commercial Boulevard, Fort Lauderdale, FL

Name of Inspector: James Welch

Date: July 19, 2007

| Description of Product | No. of Units | Conclusions (genuine, counterfeit, decoded) | Reason for conclusion | If decoded, describe any alterations | Comments |
|---|---|---|---|---|---|
| Cool Water Men EDT, 1.35 oz. | 1 | Decoded | Signs of decoding | Production code cut off box and bottle | |

20

US2000 10166662.1

**Zino Davidoff SA v. CVS Corporation**

**Purchases of Counterfeit and Decoded DAVIDOFF COOL WATER Fragrance Products from CVS Stores After June 14, 2007**

CVS Store Address:   901 N. Federal Highway, Hollywood, FL

Name of Inspector: James Welch

Date:  July 20, 2007

| Description of Product | No. of Units | Conclusions (genuine, counterfeit, decoded) | Reason for conclusion | If decoded, describe any alterations | Comments |
|---|---|---|---|---|---|
| Cool Water Men EDT, 1.35 oz. | 1 | Decoded | Signs of decoding | Production code cut off box and bottle | |

21

US2000 1016062.1

**Zino Davidoff SA v. CVS Corporation**

**Purchases of Counterfeit and Decoded DAVIDOFF COOL WATER Fragrance Products from CVS Stores After June 14, 2007**

CVS Store Address:  1581 W. Lantana Road, Lantana, FL

Name of Inspector:  James Welch

Date:  July 20, 2007

| Description of Product | No. of Units | Conclusions (genuine, counterfeit, decoded) | Reason for conclusion | If decoded, describe any alterations | Comments |
|---|---|---|---|---|---|
| Cool Water Men EDT, 1.35 oz. | 1 | Decoded | Signs of decoding | Production code chemically wiped off box and bottle | |

22

US2000 1016662 1

**Zino Davidoff SA v. CVS Corporation**

**Purchases of Counterfeit and Decoded DAVIDOFF COOL WATER Fragrance Products from CVS Stores After June 14, 2007**

CVS Store Address:   1193 Fair Oaks Mall, Fairfax, VA

Name of Inspector:  James Duggan

Date:  August 9, 2007

| Description of Product | No. of Units | Conclusions (genuine, counterfeit, decoded) | Reason for conclusion | If decoded, describe any alterations | Comments |
|---|---|---|---|---|---|
| Cool Water Men EDT, 1.35 oz. | 1 | Decoded | Signs of decoding | Production code chemically removed from box and cut off bottle | |

23

US2000 10160662.1

Zino Davidoff SA v. CVS Corporation

**Purchases of Counterfeit and Decoded DAVIDOFF COOL WATER Fragrance Products from CVS Stores After June 14, 2007**

CVS Store Address:   300 N. Eola Road, Aurora, IL

Name of Inspector:  Michael Paviour

Date:  October 3, 2007

| Description of Product | No. of Units | Conclusions (genuine, counterfeit, decoded) | Reason for conclusion | If decoded, describe any alterations | Comments |
|---|---|---|---|---|---|
| Cool Water Men's EDT, 1.35 oz. | 1 | Decoded | Signs of decoding | Production code cut off box and bottle | |

24

US2000 10166662.1

**Zino Davidoff SA v. CVS Corporation**

**Purchases of Counterfeit and Decoded DAVIDOFF COOL WATER Fragrance Products from CVS Stores After June 14, 2007**

CVS Store Address:   644 N. Route 59, Naperville, IL

Name of Inspector: Michael Paviour

Date:  October 3, 2007

| Description of Product | No. of Units | Conclusions (genuine, counterfeit, decoded) | Reason for conclusion | If decoded, describe any alterations | Comments |
|---|---|---|---|---|---|
| Cool Water Women's EDT, 1.7 oz. | 1 | Decoded | Signs of decoding | Production code cut off box | |

25

US2000 10160662.1

Zino Davidoff SA v. CVS Corporation

Purchases of Counterfeit and Decoded DAVIDOFF COOL WATER Fragrance Products from CVS Stores After June 14, 2007

CVS Store Address:  110 W. North Avenue, Elmhurst, IL

Name of Inspector: Michael Paviour

Date:  October 4, 2007

| Description of Product | No. of Units | Conclusions (genuine, counterfeit, decoded) | Reason for conclusion | If decoded, describe any alterations | Comments |
|---|---|---|---|---|---|
| Cool Water Women's EDT, 1.7 oz. | 1 | Decoded | Signs of decoding | Production code cut off box | |

26

US2000 1016662.1

**Zino Davidoff SA v. CVS Corporation**

**Purchases of Counterfeit and Decoded DAVIDOFF COOL WATER Fragrance Products from CVS Stores After June 14, 2007**

CVS Store Address:  7216 Circle Avenue, Forest Park, IL

Name of Inspector: Michael Paviour

Date:  October 4, 2007

| Description of Product | No. of Units | Conclusions (genuine, counterfeit, decoded) | Reason for conclusion | If decoded, describe any alterations | Comments |
|---|---|---|---|---|---|
| Cool Water Men's EDT, 2.5 oz. | 2 | Counterfeit | No code on boxes or bottles | | |

27

US2000 1010662 1

**Zino Davidoff SA v. CVS Corporation**

**Purchases of Counterfeit and Decoded DAVIDOFF COOL WATER Fragrance Products from CVS Stores After June 14, 2007**

CVS Store Address:  7929 North Avenue, River Forest, IL

Name of Inspector: Michael Paviour

Date: October 4, 2007

| Description of Product | No. of Units | Conclusions (genuine, counterfeit, decoded) | Reason for conclusion | If decoded, describe any alterations | Comments |
|---|---|---|---|---|---|
| Cool Water Men's EDT, 1.35 oz. | 1 | Decoded | Signs of decoding | Production code cut off box and bottle | |

28

US2000 1016662.1

Zino Davidoff SA v. CVS Corporation

**Purchases of Counterfeit and Decoded DAVIDOFF COOL WATER Fragrance Products from CVS Stores After June 14, 2007**

CVS Store Address:   26081 Hoover Road, Warren, MI

Name of Inspector: Michael Paviour

Date:  October 6, 2007

| Description of Product | No. of Units | Conclusions (genuine, counterfeit, decoded) | Reason for conclusion | If decoded, describe any alterations | Comments |
|---|---|---|---|---|---|
| Cool Water Women's EDT, 3.4 oz. | 1 | Decoded | Signs of decoding | Production code cut off box | |

29

US2000 10160662.1

**Zino Davidoff SA v. CVS Corporation**

**Purchases of Counterfeit and Decoded DAVIDOFF COOL WATER Fragrance Products from CVS Stores After June 14, 2007**

CVS Store Address: 13488 East 11 Mile Road, Warren, MI

Name of Inspector: Michael Paviour

Date: October 6, 2007

| Description of Product | No. of Units | Conclusions (genuine, counterfeit, decoded) | Reason for conclusion | If decoded, describe any alterations | Comments |
|---|---|---|---|---|---|
| Cool Water Men's EDT, 1.35 oz. | 1 | Decoded | Signs of decoding | Production code cut off box and bottle | |
| Cool Water Women's EDT, 3.4 oz. | 1 | Decoded | Signs of decoding | Production code cut off box | |

30

US2000 10160662.1

Zino Davidoff SA v. CVS Corporation

Purchases of Counterfeit and Decoded DAVIDOFF COOL WATER Fragrance Products from CVS Stores After June 14, 2007

CVS Store Address:   31111 Schoenherr Road, Warren, MI

Name of Inspector:  Michael Paviour

Date:  October 6, 2007

| Description of Product | No. of Units | Conclusions (genuine, counterfeit, decoded) | Reason for conclusion | If decoded, describe any alterations | Comments |
|---|---|---|---|---|---|
| Cool Water Men's EDT, 1.35 oz. | 1 | Decoded | Signs of decoding | Production code cut off box and bottle | |
| Cool Water Women's EDT, 3.4 oz. | 1 | Decoded | Signs of decoding | Production code cut off box | |

31

US7000 1016662.1

**Zino Davidoff SA v. CVS Corporation**

**Purchases of Counterfeit and Decoded DAVIDOFF COOL WATER Fragrance Products from CVS Stores After June 14, 2007**

CVS Store Address:  15051 East 13 Mile Road, Warren, MI

Name of Inspector:  Michael Paviour

Date:  October 6, 2007

| Description of Product | No. of Units | Conclusions (genuine, counterfeit, decoded) | Reason for conclusion | If decoded, describe any alterations | Comments |
|---|---|---|---|---|---|
| Cool Water Men's EDT, 1.35 oz. | 1 | Counterfeit | Unit bore bogus code | | Bogus code is 0172395837 |
| Cool Water Women's EDT, 1.7 oz. | 1 | Decoded | Signs of decoding | Production code cut off box | |

32

US2000 10166662.1

Zino Davidoff SA v. CVS Corporation

Purchases of Counterfeit and Decoded DAVIDOFF COOL WATER Fragrance Products from CVS Stores After June 14, 2007

CVS Store Address:  13608 9 Mile Road, Warren, MI

Name of Inspector: Michael Paviour

Date:  October 6, 2007

| Description of Product | No. of Units | Conclusions (genuine, counterfeit, decoded) | Reason for conclusion | If decoded, describe any alterations | Comments |
|---|---|---|---|---|---|
| Cool Water Women's EDT, 1.7 oz. | 1 | Decoded | Signs of decoding | Production code cut off box | |

33

US2000 10160662 1

**Zino Davidoff SA v. CVS Corporation**

**Purchases of Counterfeit and Decoded DAVIDOFF COOL WATER Fragrance Products from CVS Stores After June 14, 2007**

CVS Store Address:   4995 Highland Road, Waterford, MI

Name of Inspector:  Michael Paviour

Date:  October 7, 2007

| Description of Product | No. of Units | Conclusions (genuine, counterfeit, decoded) | Reason for conclusion | If decoded, describe any alterations | Comments |
|---|---|---|---|---|---|
| Cool Water Men EDT, 1.35 oz. | 1 | Counterfeit | Unit bore bogus code | | Bogus code is 0172395837 |

34

US2000 1016662.1

Zino Davidoff SA v. CVS Corporation

Purchases of Counterfeit and Decoded DAVIDOFF COOL WATER Fragrance Products from CVS Stores After June 14, 2007

CVS Store Address:   724 W. Highland Road, Highland, MI

Name of Inspector:  Michael Paviour

Date: October 7, 2007

| Description of Product | No. of Units | Conclusions (genuine, counterfeit, decoded) | Reason for conclusion | If decoded, describe any alterations | Comments |
|---|---|---|---|---|---|
| Cool Water Men EDT, 1.35 oz. | 1 | Counterfeit | Unit bore no production code | | |

35

US2000 10160662 1

**Zino Davidoff SA v. CVS Corporation**

**Purchases of Counterfeit and Decoded DAVIDOFF COOL WATER Fragrance Products from CVS Stores After June 14, 2007**

CVS Store Address:   251-21 Jamaica Avenue, Bellerose, NY

Name of Inspector: James Welch

Date:  October 9, 2007

| Description of Product | No. of Units | Conclusions (genuine, counterfeit, decoded) | Reason for conclusion | If decoded, describe any alterations | Comments |
|---|---|---|---|---|---|
| Cool Water Men EDT, 1.35 oz. | 1 | Counterfeit | Unit bore bogus code | . | Bogus code is 0172395837 |

36

US2000.10160662.1

**Zino Davidoff SA v. CVS Corporation**

**Purchases of Counterfeit and Decoded DAVIDOFF COOL WATER Fragrance Products from CVS Stores After June 14, 2007**

CVS Store Address:   219-39 89th Avenue, Bellerose, NY

Name of Inspector: James Welch

Date: October 9, 2007

| Description of Product | No. of Units | Conclusions (genuine, counterfeit, decoded) | Reason for conclusion | If decoded, describe any alterations | Comments |
|---|---|---|---|---|---|
| Cool Water Men EDT, 1.35 oz. | 2 | Counterfeit | Both units bore bogus code | | Bogus code is 0172395837 |

37

US2000 10160662.1

Zino Davidoff SA v. CVS Corporation

**Purchases of Counterfeit and Decoded DAVIDOFF COOL WATER Fragrance Products from CVS Stores After June 14, 2007**

CVS Store Address:   4700 Bergenline Avenue, Union City, NJ

Name of Inspector: James Welch

Date:   October 11, 2007

| Description of Product | No. of Units | Conclusions (genuine, counterfeit, decoded) | Reason for conclusion | If decoded, describe any alterations | Comments |
|---|---|---|---|---|---|
| Cool Water Men EDT, 1.35 oz. | 1 | Counterfeit | Unit bore bogus code | | Bogus code is 0172395837 |

38

US2000 10160662.1

**Zino Davidoff SA v. CVS Corporation**

**Purchases of Counterfeit and Decoded DAVIDOFF COOL WATER Fragrance Products from CVS Stores After June 14, 2007**

CVS Store Address:   1475 Bergen Boulevard, Fort Lee, NJ

Name of Inspector: James Welch

Date:  October 11, 2007

| Description of Product | No. of Units | Conclusions (genuine, counterfeit, decoded) | Reason for conclusion | If decoded, describe any alterations | Comments |
|---|---|---|---|---|---|
| Cool Water Men EDT, 1.35 oz. | 1 | Decoded | Signs of decoding | Production code cut off box and bottle | |

39

US2000 10160662.1

**Zino Davidoff SA v. CVS Corporation**

**Purchases of Counterfeit and Decoded DAVIDOFF COOL WATER Fragrance Products from CVS Stores After June 14, 2007**

CVS Store Address:  Linwood Shopping Center, Fort Lee, NJ

Name of Inspector:  James Welch

Date:  October 11, 2007

| Description of Product | No. of Units | Conclusions (genuine, counterfeit, decoded) | Reason for conclusion | If decoded, describe any alterations | Comments |
|---|---|---|---|---|---|
| Cool Water Men EDT, 1.35 oz. | 1 | Counterfeit | No code on box or bottle | | |

40

US2000 10160662.1

Zino Davidoff SA v. CVS Corporation

**Purchases of Counterfeit and Decoded DAVIDOFF COOL WATER Fragrance Products from CVS Stores After June 14, 2007**

CVS Store Address:   59 Washington Street, Hoboken, NJ

Name of Inspector:  James Welch

Date:  October 11, 2007

| Description of Product | No. of Units | Conclusions (genuine, counterfeit, decoded) | Reason for conclusion | If decoded, describe any alterations | Comments |
|---|---|---|---|---|---|
| Cool Water Men EDT, 1.35 oz. | 1 | Counterfeit | Unit bore bogus code | | Bogus code is 0172395837 |

41

US2000 10160662 1

Zino Davidoff SA v. CVS Corporation

Purchases of Counterfeit and Decoded DAVIDOFF COOL WATER Fragrance Products from CVS Stores After June 14, 2007

CVS Store Address:  11022 Highway 49, Gulfport, MS

Name of Inspector: James Duggan

Date:  November 29, 2007

| Description of Product | No. of Units | Conclusions (genuine, counterfeit, decoded) | Reason for conclusion | If decoded, describe any alterations | Comments |
|---|---|---|---|---|---|
| Cool Water Men EDT, 1.35 oz. | 2 | Decoded | Signs of decoding | Production codes cut off boxes and bottles | |

42

US2000 10160662.1