Summary

| UPC | Sku # | Description | Size | DSD | Segment | Cost | Retail | # Stores POG | Total # UPC's found | Total Batch Code Found | Total Bottle Code Found | Total unit qty of products found | Total unit qty of products for each Batch/Bottle code # | Value at Cost | Value at Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 608133033352 | 313766 | COOL WATER LADIES EDT SPRAY | 1.7Z | Y | PW | $21.00 | $29.99 | 460 | 13 | 295 | 310 | 1224 | 451 | $9,471 | $13,525 | 773 | $16,233 | $23,182 |
| 608133033352 | 313766 | COOL WATER LADIES EDT SPRAY | .12Z | Y | PW | $12.00 | $25.99 | 460 | 3 | 237 | 247 | 769 | 324 | $3,888 | $8,421 | 445 | $5,340 | $11,566 |
| 608133033303 | 313758 | COOL WATER LADIES EDT SPRAY | 3.4Z | Y | PW | $26.50 | $35.99 | 460 | 10 | 196 | 212 | 928 | 318 | $8,427 | $11,445 | 610 | $16,165 | $21,964 |
| 608133033401 | 313768 | COOL WATER LADIES EDT SPRAY | 1.7Z | Y | PW | $23.90 | $44.99 | 5520 | 70 | 1073 | 1657 | 5854 | 2496 | $59,654 | $112,296 | 3358 | $80,256 | $151,076 |
| 716393063452 | 110598 | COOL WATER LADIES EDT SPRAY | 3.4Z | Y | PW | $28.93 | $49.79 | 2854 | 24 | 457 | 647 | 2593 | 1043 | $30,174 | $51,931 | 1550 | $44,842 | $77,175 |
| 716393063456 | 301858 | COOL WATER LADIES EDT SPRAY MINI | .17Z | Y | PW | $4.66 | $9.99 | 5363 | 17 | 90 | 52 | 1411 | 183 | $853 | $1,828 | 1228 | $5,722 | $12,268 |
| 716393063441 | 232060 | COOL WATER LADIES EDT SPRAY | .17Z | Y | PW | $23.64 | $39.99 | 5614 | 18 | 122 | 233 | 7243 | 359 | $8,487 | $14,356 | 884 | $20,898 | $35,351 |
| 716393063899 | 632596 | COOL WATER LADIES EDT SPRAY | 2.5Z | Y | PM | $13.00 | $19.59 | 425 | 24 | 244 | 268 | 942 | 368 | $4,784 | $7,209 | 574 | $7,462 | $11,245 |
| 608133024498 | 314248 | COOL WATER MEN'S EDT SPRAY | 1.4Z | Y | PM | $22.00 | $33.99 | 460 | 2 | 39 | 49 | 531 | 80 | $1,760 | $2,719 | 451 | $9,922 | $15,329 |
| 608133024547 | 314249 | COOL WATER MEN'S EDT SPRAY | 2.5Z | Y | PM | $28.00 | $43.99 | 460 | 3 | 164 | 199 | 642 | 232 | $6,496 | $10,206 | 410 | $11,480 | $18,036 |
| 608133025596 | 314250 | COOL WATER MEN'S EDT SPRAY | 4.2Z | Y | PM | $16.59 | $30.99 | 5620 | 84 | 1088 | 1921 | 5119 | 2653 | $44,013 | $82,218 | 2466 | $40,911 | $76,421 |
| 716393036457 | 293439 | COOL WATER MEN'S EDT SPRAY | 1.4Z | Y | PM | $18.50 | $24.99 | 460 | 7 | 252 | 292 | 864 | 385 | $7,123 | $9,621 | 479 | $8,862 | $11,970 |
| 608133026457 | 314251 | ECHO MEN'S EDT SPRAY | 1.7Z | Y | PM | $22.00 | $39.99 | 460 | 3 | 76 | 84 | 478 | 109 | $2,398 | $4,359 | 369 | $8,118 | $14,756 |
| 608133026454 | 314253 | ECHO MEN'S EDT SPRAY | 3.4Z | Y | PM | $22.00 | $39.99 | 187 | 3 | 333 | 403 | 1986 | 622 | $8,397 | $24,874 | 1364 | $18,414 | $54,546 |
| 080174302698 | 293451 | ECHO MEN'S EDT SPRAY | 1.7Z | Y | PM | $13.50 | $39.99 | 2120 | 20 | 333 | 403 | 1986 | 622 | $8,397 | $24,874 | 14961 | $294,624 | $534,876 |
| | | | | | | | | Total | 268 | 4657 | 8374 | 24584 | 9623 | $195,925 | $355,006 | 14961 | $294,624 | $534,876 |

**Items discontinued with Fall planogram update and returned to vendor during NIS visits**

| 608133302512 | 321171 | COOL WATER DEEP MEN EDT SPRAY | 1.7Z | Y | PM | $19.00 | $31.99 | 401 | 6 | 22 | 21 | 631 | 74 | $1,406 | $2,367 | 557 | $10,583 | $17,818 |
| 608133303100 | 331297 | COOL WATER DEEP MEN EDT SPRAY | 3.4Z | Y | PM | $25.00 | $43.49 | 211 | 4 | 97 | 101 | 558 | 145 | $3,625 | $6,306 | 413 | $10,325 | $17,961 |