UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZINO DAVIDOFF SA,<br><br>      Plaintiff,<br><br>  v.<br><br>CVS CORPORATION,<br><br>      Defendant. | 06 Civ. 15332 (RJS) |

### SUPPLEMENTAL DECLARATION OF CHRISTOPHER LICK IN SUPPORT OF PLAINTIFF'S MOTION FOR CONTEMPT SANCTIONS

I, Christopher Lick, hereby declare as follows:

1.  I am a member of the bar of the state of New York and an associate at the firm Kilpatrick Stockton LLP, attorneys for Plaintiff Zino Davidoff SA ("Zino Davidoff"). I submit this declaration based on my personal knowledge in support of Plaintiff's motion for an order granting civil contempt sanctions against Defendant CVS Corporation ("CVS").

2.  On December 21, 2007, the parties appeared at a pre-motion conference before the Court in connection with CVS's continued sales of counterfeit and decoded DAVIDOFF products in violation of the Court's Orders December 22, 2006 and June 14, 2007 (amended on June 26, 2007). During the course of the December 21 conference, CVS's counsel stated that National In-Store ("NIS"), the company hired by CVS to inspect its inventory of DAVIDOFF products, had found and allegedly quarantined approximately 14,000 units of suspected counterfeit and decoded DAVIDOFF products.

3.  To date, Zino Davidoff has not received documentation from CVS sufficient to verify CVS's counsel's statement regarding the allegedly quarantined units.

4.  Annexed hereto as Exhibit 1 are true and correct copies of relevant pages of the transcript of oral argument before the Honorable Judge Karas on December 21, 2006 in the above-captioned matter.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Date: New York, New York
      February 8, 2008

_____
Christopher Lick