UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZINO DAVIDOFF SA,

                Plaintiff,

      v.                                        06 Civ. 15332 (RJS)

CVS CORPORATION,

                Defendant.

**SUPPLEMENTAL DECLARATION OF MICHAEL PAVIOUR IN SUPPORT OF
PLAINTIFF'S MOTION FOR CONTEMPT SANCTIONS**

I, Michael Paviour, hereby declare as follows:

1.      I am a private investigator employed as an Operations Executive with Grants International Information & Security Services Ltd, 1 Minton Place, Victoria Road, Bicester, Oxon OX26 6QB, The United Kingdom. My work as a private investigator includes purchasing products that are suspected of infringing legitimate manufacturers' trademarks, trade dress and copyrights.

2.      I make this declaration based upon my own personal knowledge.

3.      Since June 2007, I have been engaged by Coty Prestige Lancaster Group GmbH to purchase samples of DAVIDOFF COOL WATER eau de toilette ("DAVIDOFF COOL WATER") from CVS Corporation's ("CVS") stores. On February 12, 2008, I visited a CVS store at 8341 W. Sunrise Boulevard, Plantation, Florida and purchased a unit of decoded DAVIDOFF COOL WATER men's EDT 1.35 oz. The production code has been cut off the box and the bottle of the unit. True and correct copies of the receipt for this transaction and photographs of the sample purchased are attached as Exhibit A.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: February 13, 2008

_____
Michael Paviour

# EXHIBIT A



# CVS/pharmacy
### for all the ways you care

```
8341 W SUNRISE BLVD, PLANTATION, FL
PHARMACY: 473-8070  STORE:      -

REG#03 TRAN#5948 CSHR#433355 STR#2747
```

## ExtraCare Card #: Courtesy Card

```
1 COOL WATER M  1.35      30.99T

    SUBTOTAL             30.99
    FL 6.0% TAX           1.86
    TOTAL                32.85
    CASH                 50.00
    CHANGE               17.15
```



```
          5274 7804 3594 8037
    RETURNS WITH RECEIPT THRU 04/12/2008

      FEBRUARY 12, 2008        9:44 AM

      CONTINUE EARNING EXTRA BUCKS


                  EVERYDAY!


      EARN 2% BACK ON ALMOST EVERYTHING




            IN THE STORE AND ON CVS.COM



                IT'S FREE CVS MONEY!




        SHOP 24 HOURS A DAY AT CVS.COM
          THANK YOU FOR SHOPPING WITH US
```