LANCASTER GROUP US LLC
One PARK AVENUE 4TH FL
NEW YORK, NY 10016
T 212. 389-6750
F 212. 389-6773

# COTY PRESTIGE

**ROBERT M. CANKES**
PRESIDENT NORTH AMERICA

March 12, 2007

Fragrance Buyer
Category Manager
Purchasing Agent

Please be advised that Grace Beauty LLC is the only Coty Prestige authorized re-seller of the following Cool Water and Joop Homme products:

| | |
|---|---|
| CWW | 1.7 oz spray |
| | 3.4 oz spray |
| | 1.0 oz spray |
| CWM | 1.35 oz EDT |
| | 2.5 oz EDT |
| | 4.2 oz EDT |
| Joop | 2.5 oz EDT |
| | 4.2 oz EDT |
| | 1.0 oz EDT |

It is hoped that this relationship with Grace Beauty LLC will ensure that you the Retailer are protected from receiving counterfeit or decoded products.

Any questions regarding Grace Beauty should be directed to:
Frank Fazzinga, Jr
Grace Beauty, LLC
212. 586-0100 ext. 111 or
800. 393-0609.

Sincerely,

*[signature]*

Robert M. Cankes