UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

ZINO DAVIDOFF SA,

                Plaintiff,

v.

CVS CORPORATION,

                Defendant.
_____X

06 Civ. 15332
(RJS)

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Megan J. Muoio of the law firm Allyn & Fortuna LLP, 200 Madison Avenue, 5th Floor, New York, New York, 10016, hereby appears in the above-captioned action as attorney for defendant CVS Corporation.

Dated: July 21, 2010
       New York, New York

ALLYN & FORTUNA LLP

By: _____
      Megan J. Muoio (MM-6121)
*Attorneys for Defendant CVS Corporation*
200 Madison Avenue, 5th Floor
New York, New York 10016
Telephone: (212) 213-8844
Facsimile: (212) 213-3318
E-mail: mmuoio@allynfortuna.com