USDS SDNY
DOCUMENT
ELECTRONICALLY FI.
DOC #: _____
DATE FILED: 9/13/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ZINO DAVIDOFF SA,

                              Plaintiff,

        v.

CVS CORPORATION,

                              Defendant.

---

06 Civ. 15332 (RJS)

[PROPOSED] REVISED
SCHEDULING ORDER

RICHARD J. SULLIVAN, District Judge:

        The parties having submitted a signed stipulation on September 9, 2010 to revise the

existing discovery schedule, the following schedule is established on consent of the parties:

1.      All fact discovery is to be completed by November 15, 2010;

2.      All expert discovery is to be completed by December 30, 2010;

3.      Any party contemplating a dispositive motion shall submit a pre-motion
        letter conforming to the Court's individual practices by December 30,
        2010; and

4.      The next status conference is set for _January 10_, 2011 at _10:00_
        (a.m)/p.m. in Courtroom _21C_.

Dated: September 10, 2010
       New York, New York

SO ORDERED:

RICHARD J. SULLIVAN
U.S.D.J.

7

US2000 10989776.1