UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZINO DAVIDOFF SA,

                Plaintiff,

-v-

CVS CORPORATION,

                Defendant.

No. 06 Civ. 15332 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of a letter from Defendant dated November 12, 2010, requesting a 60-day adjournment of the discovery schedule in this case. The request is HEREBY GRANTED. Accordingly, the parties shall (1) complete all fact discovery no later than January 14, 2011; (2) complete all expert discovery no later than February 28, 2011; (3) submit any pre-motion letters no later than February 28, 2011; and (4) appear at a status conference on Monday, March 7, 2011, at 11:00 a.m.

SO ORDERED.

Dated:      November 15, 2010
              New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE