```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
D.    FILED: 1/18/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ZINO DAVIDOFF SA,

                Plaintiff,

v.

CVS CORPORATION,

                Defendant.

---

06 Civ. 15332 (RJS)

REVISED
SCHEDULING ORDER

RICHARD J. SULLIVAN, District Judge:

    The parties having submitted a signed stipulation on January 14, 2011 to revise the existing discovery schedule, the following schedule is established on consent of the parties:

1. All fact discovery is to be completed by March 15, 2011;

2. All expert discovery is to be completed by April 29, 2011;

3. Any party contemplating a dispositive motion shall submit a pre-motion letter conforming to the Court's individual practices by April 29, 2011; and

4. The next status conference is set for May 13, 2011 at 11:00 (a.m.)/p.m. in Courtroom 21C.

Dated: January 14, 2011
       New York, New York

SO ORDERED:

_____
RICHARD J. SULLIVAN
U.S.D.J.

7