**KILPATRICK TOWNSEND & STOCKTON LLP**
Lisa Pearson (LP 4916)
Robert Potter (RP 5757)
31 West 52nd Street, 14th Floor
New York, NY 10019
Telephone: (212) 775-8700
Facsimile: (212) 775-8800
e-mail: lpearson@kilpatricktownsend.com
e-mail: rpotter@kilpatricktownsend.com

*Attorneys for Plaintiff Zino Davidoff SA*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ZINO DAVIDOFF SA, | |
| Plaintiff, | |
| v. | 06 Civ. 15332 (RJS) |
| CVS CORPORATION, | |
| Defendant. | |

## NOTICE OF LAW FIRM NAME CHANGE

TO THE CLERK OF THE COURT AND TO ALL PARTIES AND
THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that effective January 1, 2011, the law firm of

Kilpatrick Stockton LLP, counsel for Plaintiff Zino Davidoff SA in the above-captioned

action, combined with the law firm of Townsend and Townsend and Crew LLP, and

changed its name to Kilpatrick Townsend & Stockton LLP.  All future reference to the

firm in this matter should be to Kilpatrick Townsend & Stockton LLP.  The new email

addresses for each of the attorneys who have entered an appearance in this case to

date are identified with the attorneys' names in the signature block below.  The firm's

and its attorneys' addresses and telephone and facsimile numbers will remain the same.

Dated: New York, New York
      January 14, 2011

**KILPATRICK TOWNSEND &
STOCKTON**

By: _____
      Lisa Pearson (LP 4916)
      Robert Potter (RP 5757)
    31 West 52nd Street, 14th Floor
    New York, New York 10019
    Phone: (212) 775-8700
    Facsimile: (212) 775-8800
    e-mail: lpearson@kilpatricktownsend.com
    e-mail: rpotter@kilpatricktownsend.com

*Attorneys for Plaintiff Zino Davidoff SA*